**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **HelioPower Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0271100** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**25747 Jefferson Avenue**
**Murrieta, CA 92562**
Number, Street, City, State & ZIP Code

**Riverside**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**25747 Jefferson Avenue Murrieta, CA 92562**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **HelioPower Inc.**
_____
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **HelioPower Inc.**
     Name

Case number (*if known*) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **HelioPower Inc.**                                          Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 25, 2017**
                               MM / DD / YYYY

**X** **/s/ Maurice Rousso**                          **Maurice Rousso**
_____          _____
Signature of authorized representative of debtor    Printed name

Title     **President**
_____

**18. Signature of attorney**

**X** **/s/ Samuel A. Schwartz. Esq.**          Date  **April 25, 2017**
_____                _____
Signature of attorney for debtor                      MM / DD / YYYY

**Samuel A. Schwartz. Esq.**
_____
Printed name

**Schwartz Flansburg PLLC**
_____
Firm name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(702) 385-5544**          Email address   **sam@nvfirm.com**
_____                _____

**10985**
_____
Bar number and State

.

HelioPower Inc.
25747 Jefferson Avenue
Murrieta, CA 92562

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

24-7 Plumbing and Drain
P. O. Box 612
Murrieta, CA 92564

Above and Beyond Roofing
40875 Carter Lane
Bermuda Dunes, CA 92203

AC Electric
33959 Galleron Street
Temecula, CA 92592

Advanced Industrial Care
2481 Pacheco Street
Concord, CA 94520

Affordable Roofing Services
13581 Gold Medal Avenue
Chino, CA 91710

Air Conditioning Unlimied Inc.
18017 Chatsworth Street
Granada Hills, CA 91344

Air Vol
1 Suburban Road
San Luis Obispo, CA 93401

All Phase Electric Supply
731 North Market Blvd.
Sacramento, CA 95834

All Pro Drywall
40797 Dakota Springs Way
Murrieta, CA 92562

Amcor Sierra Building Products
10714 Poplar Avenue
Fontana, CA 92337

American Technologies, Inc.
210 Baywood Avenue
Orange, CA 92865

AMSprotectme.com
P. O. Box 14323
Palm Desert, CA 92255

Apollo Solar
c/o Maurice Rousso
25747 Jefferson Avenue
Murrieta, CA 92562

ARCPOINT
3237 Alhambra Avenue
Martinez, CA 94553

Ari-thane
1530 N. Missile Way
Anaheim, CA 92801

Baja Construction Co., Inc.
223 Foster Street
Martinez, CA 94553

Basem Bishay
220 Palm Place
Pomona, CA 91767

Bay Alarm
P. O. Box 7137
San Francisco, CA 94120

Big Horn Homeowners Association
255 Palowet Drive
Palm Desert, CA 92260

Bill Horan
270 N. El Camino Real, Ste. F 344
Encinitas, CA 92024

Bill Silva
1862 Rising Glen Road
West Hollywood, CA 90069

Bradford Charles Fults
28643 Avocado Place
Santa Clarita, CA 91390

Bradley Schmehl
30923 Wildflower Lane
Murrieta, CA 92563

Bryan White
18650 Hawksberry Drive
Riverside, CA 92508

Bryce Fasteners
1230 N. Mondel Drive
Gilbert, AZ 85233

Cal Chamber
P. O. Box 526020
Sacramento, CA 95852

California Apprenticeship
P. O. Box 420603
San Francisco, CA 94142

California Solar Electric
302 N. Montgomery Street
Ojai, CA 93023

California Solar Exchange, LLC
173 East Holley Avenue
El Segundo, CA 90245

California State Disbursement
P. O. Box 989067
West Sacramento, CA 95798

Call & Jensen
610 Newport Center Drive
Newport Beach, CA 92660

Canadian Solar (USA) Inc.
3000 Oak Road
Walnut Creek, CA 94597

CED Temecula
P. O. Box 509079
San Diego, CA 92150

Central Valley testing
P. O. Box 2669
Visalia, CA 93279

CGI Technical Services, Inc.
1612 Wedding Way
Redding, CA 96003

City of Murrieta
One Town Square
24601 Jefferson Avenue
Murrieta, CA 92562

CMR Construction, Inc.
P. O. Box 5849
La Quinta, CA 92248

Concord Disposal Service
P. O. Box 5397
Concord, CA 94524

Concord Industrial Park IV, LP
4080 Port Chicago Highway
Concord, CA 94520

Cool Air Solutions
41162 Sandalwood Circle
Murrieta, CA 92562

CTE Inc.
1441 Montiel Road, Suite 115
Escondido, CA 92026

D. Roiz
c/o HelioPower, Inc.
25747 Jefferson Avenue
Incline Village, NV 89450

Dass Structural Engineers
1300 Adams Ave
Costa Mesa, CA 92626

David DeFluiter
3 Duray Ct.
Aliso Viejo, CA 92656

David Martin
30066
Diamond Ridge Court
Menifee, CA 92585

Debbie Landa
503-1328 Marinaside Cr.
Vancouver, B.C. Canada

Desert Alarm, Inc.
73-168 Highway 111, Suite 204
Palm Desert, CA 92260

Desert Elite Group, LLC
P.O. Box 11924
Palm Desert, CA 92255

Dhnesh Pore
43140 Avenida San Pasqual
Temecula, CA 92592

DMV Renewal
P. O. Box 942897
Sacramento, CA 94294

DocuSign
1301 2nd Avenue, Suite 2000
Seattle, WA 98101

Duncan Bolt
8535 Dice Road
Santa Fe Springs, CA 90670

Dynamic Systems
6430 Pleasant Street
South Park, PA 15129

Eisenhower Occupational Health
Dept 3123
Los Angeles, CA 90084-3123

Engineered Power Solutions
1405 Spring Street
Paso Robles, CA 93446

Enterprise Fleet Service
P.O. Box 800089
Kansas City, MO 64180-0089

Ethos Distributed Solutions
390 Youngfield St.
Wheat Ridge, CO 80033

Fallbrook Awards
235 E. Mission Rd., Suite C
Fallbrook, CA 92028

Fallbrook Chamber of Commerce
233 E. Mission Rd.
Fallbrook, CA 92028

Family Custom Designs, LLC
1050 Nevada St.
Redlands, CA 92374

Fed Ex Freigh
P.O. Box 21415
Pasadena, CA 91185

Fish Window Cleaning
P.O. Box GE
Beaumont, CA 92223

Five Star Electric
903 Industry Way, Suite A
El Centro, CA 92243

Focused Energy, LLC
1730 Camino Carlos Rey
Santa Fe, NM 87507

Frank Fossati
23005 Cecelia
Mission Viejo, CA 92692

Fresno Neon Sign Company, Inc.
5901 E. Clinton Ave.
Fresno, CA 93727

Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274-0407

G&C Industrial Electric
634 S. State College Blvd.
Fullerton, CA 92831

General Pacific Inc.
P.O. Box 70
Fairview, OR 97024

General Tree, Inc.
4811 Kimber Avenue
Bakersfield, CA 93307

Golden Gate Overnight
P.O. Box 10877
Pleasanton, CA 94588

Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

H&D Plastering
1260 Apple Dr.
Concord, CA 94518

Haulaway Storage Containers
P.O. Box 186
Stanton, CA 90680-0186

Healthpointe Med Group
16702 Valley View Ave.
La Mirada, CA 90638

Holland & Hart
P.O. Box 17283
Denver, CO 80217

Home Depot Credit Services
P.O. Box 6031
The Lakes, NV 88901

Hotels.com
10440 N. Central Expwy
Dallas, TX 75231

Hyundai-Korea
21250 Hawthorne Blvd.
Torrance, CA 90503

Ian Rogoff
P. O. Box 4683
Incline Village, NV 89450

Image Source
650 East Hospitality Ln., Suite 540
San Bernardino, CA 92408

Imperial Irrigation District
P.O. Box 937
Imperial, CA 92251-0937

Industrial Metal Supply
301 Main St.
Riverside, CA 92501

Innovative Structural Engineer
40810 County Center Drive
Temecula, CA 92591

J. Bonanno
c/o HelioPower, Inc.
25747 Jefferson Avenue
Incline Village, NV 89450

JC Construction
3305 W. Holland
Fresno, CA 93722

John McIntosh
39873 Osprey Road
Murrieta, CA 92562

Jonah Liebes
328 E. Clemmens Lane
Fallbrook, CA 92028

Judith Schurr
7643 Shoshone Dr.
Indian Wells, CA 92210-8851

K.C. Propane
P.O. Box 17652
Anaheim, CA 92807

K2 Development
1011 Parkview Ave., Suite A
Redding, CA 96001

Konica Minolta
Maint Dept 22988
Pasadena, CA 91185-2988

Konica Minolta QDS Lease
P.O. Box 100706
Pasadena, CA 91189-0706

Krames StayWell, LLC
P.O. Box 90477
Chicago, IL 60696-0477

Krannich Solar
3801 Ocean Ranch Blvd.
Oceanside, CA 92056

Locus Energy
2 Hudson Place, 6th Floor
Hoboken, NJ 07030

Magnolia Heating & Cooling Inc.
6990 Jurupa Ave.
Riverside, CA 92504

Marathon Reprographics
41571 Corning Place, Suite 112
Murrieta, CA 92562

Matthew McPherson
51239 Avendia Rubio
La Quinta, CA 92253

Matthew Noonan
1027 Enamor Court
Palm Springs, CA 92262

Maurice Rousso
30820 East Green Drive
Murrieta, CA 92563

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

MD Concrete Cutting
2916 Gibson St.
Bakersfield, CA 93308

MedPost Urgent Care
P.O. Box 740189
Los Angeles, CA 90074-0189

Michael Maloney
1002 Hermes Ave.
Encinitas, CA 92024

Michael Murray
1593 Larson Lane
Fallbrook, CA 92028

Michelle Schmehl
30923 Wondflower Ln.
Murrieta, CA 92563

Mobile Mini
P.O. Box 79149
Phoenix, AZ 85062-9149

National Construction Rentals
P.O. Box 4503
Pacoima, CA 91333-4503

New Home Solar Power, Inc.
605 Market Street, Suite 900
San Francisco, CA 94105

No Limit Concrete Pumping
P.O. Box 733
Byron, CA 94514

Norman Scheel Structural
5022 Sunrise Boulevard
Fair Oaks, CA 95628

North County Fence, Inc.
29690 Cottonwood Cove Drive
Menifee, CA 92584

Nowadays Solar
1626 N. Pointsettia Pl.
Los Angeles, CA 90046

Office Products
41765 Elm Street
Murrieta, CA 92562

Old Republic Surety Group
P.O. Box 1635
Milwaukee, WI 53201

OnTrac
PO BOX 841664
Los Angeles, CA 90084-1664

Orie2 Engineering Inc
9750 Miramar Road Ste 310
San Diego, CA 92126

Orion Solar Racking
2917 Vail Ave
Commerce, CA 90040

Orkin Pest Control
P.O. Box 7161
Pasadena, CA 91109-7161

Ortiz Construction Services
7161 McNeil Lane
Buena Park, CA 90620

Owen-Dunn Insurance Services
1455 Response Rd., #260
Sacramento, CA 95815

Pac-Van
9155 Harrison Park Court
Indianapolis, IN 46216

Paul Davis Restoration
9767 Aspen Creek Cl
San Diego, CA 92126

Penske Truck Leasing Co.  L.P.
PO Box 7429
Pasadena, CA 91109-7429

Personnel Concepts
PO Box 5750
Carol Stream, IL 60197-5750

PG&E
PO Box 997300
Sacramento, CA 95899-7300

Pick My Solar
525 S. Hewitt Street
Los Angeles, CA 90013

PJZ Land Inc
25747 Jefferson
Murrieta, CA 92562

PowerScout
331 Jefferson St
Oakland, CA 94607

Press-Enterprise
1801 W Olympic Blvd
Pasadena, CA 91199-1555

PVHardware
7732 Fair Oaks Blvd
Carmichael, CA 95608

Quality Fencing Co., Inc
5828 S. Peach Avenue
Fresno, CA 93725

Rain for Rent
3397 Highway 86
Imperial, CA 92251

Randy Shultz
41650 Via Del Monte
Temecula, CA 92592

Realm Engineering
1447 Market Street Suite B
Redding, CA 96001

Reddaway
26401 Network Place
Chicago, IL 60673-1264

Registrar of Contractors
P.O. Box 26000
Sacramento, CA 95826

Residence Inn Marriott
25407 Madison Ave
Murrieta, CA 92562

Rexel Solar Solutions
2363 West La Palma Ave
Anaheim, CA 92801

RGS Energy
110 16th St
Denver, CO 80202

Rick Hart Roofing
39744 Exa Ely Rd
Hemet, CA 92544

Risk Management Training
P.O Box 935
Rancho Santa Fe, CA 92067

Roberts Tree Service
PO Box 460966
Escondido, CA 92406-0966

Roseann Larsen
27 Birkdale Circle
Rancho Mirage, CA 92270

S. Huang
c/o HelioPower, Inc.
25747 Jefferson Avenue
Incline Village, NV 89450

S. LoRusso
c/o HelioPower, Inc.
25747 Jefferson Avenue
Incline Village, NV 89450

Sacramento Engineering Consult
10555 Old Placerville Road
Sacramento, CA 95827

Salesforce.com  Inc
P.O. Box 203141
Dallas, TX 75320-3141

San Diego Pension Consultants
5628 Copley Drive
San Diego, CA 92111

Sanger Thousand Palms, LLC
400 S. Farrell Drive
Palm Springs, CA 92262

Santa Fe Contracting Inc
2626 Hartford St
San Diego, CA 92110

Service Master All  Season Cle
8966 West State Ave
Glendale, AZ 85305

Shell Fleet Plus
PO Box 183019
Columbus, OH 43218-3019

Sierra Nevada Solar
P. O. Box 4683
Incline Village, NV 89450

Sierra Nevada Solar,  Inc
710 5th St
Prescott, AZ 86301

Silverio Xolocotzi
34478 Dean Ln
Wildomar, CA 92595

Skylift Rentals
P.O Box 2224
Irwindale, CA 91706

SMA  America  LLC
6020 West Oaks Blvd
Rocklin, CA 95677

Solace Construction
200 Spectrum Center Dr Suite 300
Irvine, CA 92618

Soligent, LLC
PO Box 398012
San Francisco, CA 94139-8012

Sonnen
10800 Burbank Blvd. Suite C
North Hollywood, CA 91601

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Southern California News Group
21860 Burbank Blvd #200
Woodland Hills, CA 91367

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Springhill Suites
28220 Jefferson Ave
Temecula, CA 92590

Staples Business Advantage
PO Box 83689
Chicago, IL 60696-3689

State Water Resource Control B
PO Box 1888
Sacramento, CA 95812-1888

Stoker Construction
56471 29 Palms Highway
Yucca Valley, CA 92284

Sunpower Corporation
P.O.Box 60000
San Francisco, CA 94160

SunRun Inc.
595 Market Street, 29th Floor,
San Francisco, CA 94105

SunTrek Industries, Inc.
5 Holland #215
Irvine, CA 92618

Super Roofing Co
15 Seville Way South
South San Francisco, CA 94080

T. Millhoff
c/o HelioPower, Inc.
25747 Jefferson Avenue
Incline Village, NV 89450

Tammy Storino
18 Haverhill Rd
Laguna Niguel, CA 92677

Taquino Engineering
PO Box 2066
La Mesa, CA 91943

TelePacific Communications
515 S. Flower St.
Los Angeles, CA 90071-2201

The Vintage Club Security
75-001 Vintage Drive West
Indian Wells, CA 92210

Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716-0074

TMI Research Services
PO Box 61253
Santa Barbara, CA 93160

Top of the Line Signs
PO Box 179
La Quinta, CA

TR Beitsch
1500 Bella Circle
Lincoln, CA 95648

United Rentals
PO Box 840514
Dallas, TX 75284-0514

United Site Services
PO Box 53267
Phoenix, AZ 85072-3267

Urgent Care-City Med
PO Box 15256
Loves Park, IL 61132-5256

US Healthworks
PO Box 50042
Los Angeles, CA 90074

V. Zelfer
c/o HelioPower, Inc.
25747 Jefferson Avenue
Incline Village, NV 89450

Veris Industries
12345 SW Leveton Drive
Tualatin, OR 97062

Waste Management of the Inland
PO Box 78251
Phoenix, AZ 85062-8251

Wave Broadband
P. O. Box 34889
Seattle, WA 98124

Wendel Rosen Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

WEX Gas
PO Box 6293
Carol Stream, IL 60197-6293

Workplace Dynamics
397 Eagleview Blvd Suite 200
Exton, PA 19341

Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882

Yourmembership.com
541 Eastern Point Rd Suite 3
Groton, CT 06340

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF ALL THE DIRECTORS OF HELIOPOWER, INC.

The undersigned, constituting all of the Directors of HelioPower, Inc., a Nevada corporation (the "**Company**"), hereby unanimously consent to and take the following action:

RESOLVED, that all of the Directors of the Company hereby authorize, direct and empower Maurice Rousso, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company;

IT IS HEREBY FURTHER RESOLVED that Maurice Rousso is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified here, including the retention of Schwartz Flansburg PLLC as the Company's bankruptcy counsel; and

IT IS HEREBY FURTHER RESOLVED that Maurice Rousso is authorized and directed to take such further actions as may be necessary or appropriate to enter into that certain Debtor-In-Possession Credit Agreement with Sierra Nevada Solar, Inc., as the lender; and

IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Maurice Rousso in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, all of the Directors of HelioPower, Inc., a Nevada corporation, does hereby execute this Action by Unanimous Written Consent as of the date indicated below.

DIRECTORS:

_____     _____4/18/2017_____
MAURICE ROUSSO, Director                          Date


_____     _____
VICKI L. ZELFER, Director                              Date


_____     _____
IAN G. ROGOFF, Director                                Date

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF ALL THE DIRECTORS OF HELIOPOWER, INC.**

The undersigned, constituting all of the Directors of HelioPower, Inc., a Nevada corporation (the "**Company**"), hereby unanimously consent to and take the following action:

RESOLVED, that all of the Directors of the Company hereby authorize, direct and empower Maurice Rousso, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company;

IT IS HEREBY FURTHER RESOLVED that Maurice Rousso is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified here, including the retention of Schwartz Flansburg PLLC as the Company's bankruptcy counsel; and

IT IS HEREBY FURTHER RESOLVED that Maurice Rousso is authorized and directed to take such further actions as may be necessary or appropriate to enter into that certain Debtor-In-Possession Credit Agreement with Sierra Nevada Solar, Inc., as the lender; and

IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Maurice Rousso in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, all of the Directors of HelioPower, Inc., a Nevada corporation, does hereby execute this Action by Unanimous Written Consent as of the date indicated below.

DIRECTORS:

_____          _____
MAURICE ROUSSO, Director           Date

_____          April 18, 2017
VICKI L. ZELFER, Director          _____
                                   Date

_____          _____
IAN G. ROGOFF, Director            Date

### ACTION BY UNANIMOUS WRITTEN CONSENT
### OF ALL THE DIRECTORS OF HELIOPOWER, INC.

The undersigned, constituting all of the Directors of HelioPower, Inc., a Nevada corporation (the "**Company**"), hereby unanimously consent to and take the following action:

RESOLVED, that all of the Directors of the Company hereby authorize, direct and empower Maurice Rousso, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company;

IT IS HEREBY FURTHER RESOLVED that Maurice Rousso is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified here, including the retention of Schwartz Flansburg PLLC as the Company's bankruptcy counsel; and

IT IS HEREBY FURTHER RESOLVED that Maurice Rousso is authorized and directed to take such further actions as may be necessary or appropriate to enter into that certain Debtor-In-Possession Credit Agreement with Sierra Nevada Solar, Inc., as the lender; and

IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Maurice Rousso in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, all of the Directors of HelioPower, Inc., a Nevada corporation, does hereby execute this Action by Unanimous Written Consent as of the date indicated below.

DIRECTORS:


_____
MAURICE ROUSSO, Director

_____
Date


_____
VICKI L. ZELFER, Director

_____
Date


_____
IAN G. ROGOFF, Director

_____
4/18/2017
Date


4830-9168-2631, v. 2