**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:                                                             )   Case No.: 17-12099-ABL
                                                                   )
HelioPower Inc.,                                                   )   Chapter 11
                                                                   )
                              Debtor.                              )
_____                            )

**NOTICE OF CHAPTER 11**
**BANKRUPTCY CASE AND MEETING OF CREDITORS**

A chapter 11 bankruptcy case concerning HelioPower Inc. was filed on April 25, 2017.

You may be a creditor of this debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in these cases may be inspected at the bankruptcy clerk's office at the address listed below.  The dockets and imaged case documents may also be viewed electronically at http://ecf.nvb.uscourts.gov/ under the case number **17-12099-ABL**.  To register for a PACER login and password, call 1-800-676-6856 or go online at http://www.pacer.gov.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorneys for Debtor**:

Samuel A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
Schwartz Flansburg, PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741

**Meeting of Creditors:**
**DATE**: May 25, 2017
**TIME**: 3:00 p.m.
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV  89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

**Deadline to File a Proof of Claim**

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **90 days after the date first set for the meeting of creditors, or August 23, 2017.**

For a governmental unit: **180 days after the date of the order for relief, or October 23, 2017.**

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
300 Las Vegas Blvd., South
Las Vegas, NV  89101
Telephone number: (702) 527-7000
Hours Open:  Monday - Friday 9:00 AM - 4:00 PM

# EXPLANATIONS

| | | |
|---|---|---|
| | Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| | **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. The attorneys for the Debtor cannot give you legal advice. Consult a lawyer to determine your rights in this case. |
| | Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| | Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| | Claims | A Proof of Claim is a signed statement describing a creditor's claim.  If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov.  You may look at the schedules that have been filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER).  If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim.  Whether or not your claim is scheduled, you are permitted to file a Proof of Claim.  If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the applicable deadline or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan.  A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim.  Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.  **Filing Deadline for a Creditor with a Foreign Address:**  The deadlines for filing claims set forth in this Notice apply to all creditors.  If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| | How to obtain documents | Electronic copies of all pleadings or other documents filed in this case may be obtained for $0.10 per page via PACER on the Court's website at https://ecf.nvb.uscourts.gov. |
| | Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| | Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address above. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| | Foreign Creditors | Consult a lawyer familiar with the United States bankruptcy law if you have any questions regarding your rights in this case. |
| | **- Refer to First Page for Important Notices -** | |