**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **HelioPower Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | **17-12099** |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AC Electric 33959 Galleron Street Temecula, CA 92592** | | | | | | **$78,600.00** |
| **American Technologies, Inc. 210 Baywood Avenue Orange, CA 92865** | | | | | | **$32,052.32** |
| **Ari-thane 1530 N. Missile Way Anaheim, CA 92801** | | | | | | **$35,000.00** |
| **Bank of America Bankcard Center P.O. Box 982238 El Paso, TX 79998-2238** | | | | | | **$280,544.28** |
| **Burlingame Bay 577 Airport Blvd., Suite 100 Burlingame, CA 94010** | | | | | | **$38,922.00** |
| **Canadian Solar (USA) Inc. 3000 Oak Road Walnut Creek, CA 94597** | | | | | | **$70,489.13** |
| **Duncan Bolt 8535 Dice Road Santa Fe Springs, CA 90670** | | | | | | **$264,744.34** |
| **Five Star Electric 903 Industry Way, Suite A El Centro, CA 92243** | | | | | | **$66,765.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hyundai-Korea 21250 Hawthorne Blvd. Torrance, CA 90503** | | | | | | **$107,515.56** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | | | | | **Unknown** |
| **North County Fence, Inc. 29690 Cottonwood Cove Drive Menifee, CA 92584** | | | | | | **$131,670.00** |
| **Orion Solar Racking 2917 Vail Ave Commerce, CA 90040** | | | | | | **$128,194.13** |
| **PVHardware 7732 Fair Oaks Blvd Carmichael, CA 95608** | | | | | | **$74,002.00** |
| **Rexel Solar Solutions 2363 West La Palma Ave Anaheim, CA 92801** | | | | | | **$78,683.41** |
| **Sierra Nevada Solar, Inc 710 5th St Prescott, AZ 86301** | | | | | | **$2,636,716.31** |
| **Skylift Rentals P.O Box 2224 Irwindale, CA 91706** | | | | | | **$28,021.90** |
| **SNS EH Brite, LLC 710 5th St. Prescott, AZ 86303** | | | | | | **$74,517.89** |
| **State of California Employment Tax Dept. SoCal Authorization Center 857 P.O. Box 19009 San Bernardino, CA 92423** | | | | | | **Unknown** |
| **Sunpower Corporation P.O.Box 60000 San Francisco, CA 94160** | | | | | | **$130,402.06** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **HelioPower Inc.**
_____
Name

Case number _(if known)_    **17-12099**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WEX Gas PO Box 6293 Carol Stream, IL 60197-6293** | | | | | | $30,412.63 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nevada

In re  **HelioPower Inc.**                                   Case No.     **17-12099**

                                             Debtor(s)           Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Apollo Solar**<br>**C/O Maurice Rousso**<br>**25747 Jefferson Ave,**<br>**Murrieta, CA 92562** | | | |
| **Bradley Schmehl**<br>**30923 Windflower Lane**<br>**Murrieta, CA 92563** | | | |
| **David Martin**<br>**30066 Diamond Ridge Court**<br>**Sun City, CA 92585** | | | |
| **Dawn Roiz**<br>**32291 Mountain Bluet Court**<br>**Winchester, CA 92596** | | | |
| **Ian Rogoff**<br>**PO Box 4683**<br>**Incline Village, NV 89450** | | | |
| **J Bonanno**<br>**3459 26th St.**<br>**San Francisco, CA 94410** | | | |
| **John McIntosh**<br>**39873 Osprey Rd**<br>**Murrieta, CA 92562** | | | |
| **Jonah Liebes**<br>**328 E. Clemmens Lane**<br>**Fallbrook, CA 92028** | | | |
| **Matthew McPherson**<br>**51239 Avendia Rubio**<br>**La Quinta, CA 92253** | | | |
| **Maurice Rousso**<br>**30820 East Green Drive**<br>**Murrieta, CA 92563** | | | |
| **Michael Murray**<br>**1593 Larson Lane**<br>**Fallbrook, CA 92028** | | | |

In re:  **HelioPower Inc.**

_____

Debtor(s)

Case No.  **17-12099**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **S Huang**<br>**2201 Nelson Ave,**<br>**Redondo Beach, CA 90278** | | | |
| **S LoRusso**<br>**2639 Kauaha Loa Dr.**<br>**Escondido, CA 92029** | | | |
| **Sierra Nevada Solar**<br>**P O Box 468**<br>**Incline Village, NV 89450** | | | |
| **T Millhoff**<br>**580 Douglas Ct.**<br>**Incline Village, NV 89451** | | | |
| **TR Beitsch**<br>**1500 Bella Circle**<br>**Lincoln, CA 95648** | | | |
| **V Zelfer**<br>**1160Tanglwood Rd.**<br>**Prescott, AZ 86303** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 27, 2017**

Signature  **/s/ Maurice Rousso**

**Maurice Rousso**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re    **HelioPower Inc.**

Case No.    **17-12099**

Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 27, 2017**

**/s/ Maurice Rousso**

**Maurice Rousso**/**President**
Signer/Title

HelioPower Inc.
25747 Jefferson Avenue
Murrieta, CA 92562

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

24-7 Plumbing and Drain
P. O. Box 612
Murrieta, CA 92564

Above and Beyond Roofing
40875 Carter Lane
Bermuda Dunes, CA 92203

AC Electric
33959 Galleron Street
Temecula, CA 92592

Advanced Industrial Care
2481 Pacheco Street
Concord, CA 94520

AFCO
c/o Owen & Company
Attn: Arica Dunlap
1455 Response Rd.
Sacramento, CA 95815

Affordable Roofing Services
13581 Gold Medal Avenue
Chino, CA 91710

Aflac Insurance
Aflac Worldwide Headquarters
1932 Wynnton Road
Columbus, GA 31999

Air Conditioning Unlimied Inc.
18017 Chatsworth Street
Granada Hills, CA 91344

Air Vol
1 Suburban Road
San Luis Obispo, CA 93401

Alan Sipole
351 Rancho Camino
Fallbrook, CA 92028

All Phase Electric Supply
731 North Market Blvd.
Sacramento, CA 95834

All Pro Drywall
40797 Dakota Springs Way
Murrieta, CA 92562

Allen Ansara
10701 Ring Ave
Rancho Cucamonga, CA 91737

Amcor Sierra Building Products
10714 Poplar Avenue
Fontana, CA 92337

American Technologies, Inc.
210 Baywood Avenue
Orange, CA 92865

AMSprotectme.com
P. O. Box 14323
Palm Desert, CA 92255

Apollo Solar
c/o Maurice Rousso
25747 Jefferson Avenue
Murrieta, CA 92562

ARCPOINT
3237 Alhambra Avenue
Martinez, CA 94553

Ari-thane
1530 N. Missile Way
Anaheim, CA 92801

Baja Construction Co., Inc.
223 Foster Street
Martinez, CA 94553

Bank of America
Bankcard Center
P.O. Box 982238
El Paso, TX 79998-2238

Basem Bishay
220 Palm Place
Pomona, CA 91767

Bay Alarm
P. O. Box 7137
San Francisco, CA 94120

Ben Hamilton
7968 McConnell Ave.
Los Angeles, CA 90045

Big Horn Homeowners Association
255 Palowet Drive
Palm Desert, CA 92260

Bill Horan
270 N. El Camino Real, Ste. F 344
Encinitas, CA 92024

Bill Silva
1862 Rising Glen Road
West Hollywood, CA 90069

Bradford Charles Fults
28643 Avocado Place
Santa Clarita, CA 91390

Bradley Schmehl
30923 Wildflower Lane
Murrieta, CA 92563

Brenda Freeman
4256 Hillside Dr.
Banning, CA 92220

Bryan White
18650 Hawksberry Drive
Riverside, CA 92508

Bryce Fasteners
1230 N. Mondel Drive
Gilbert, AZ 85233

Bryon Countryman
31062 Paseo Ranchero
San Juan Capistrano, CA 92675

Burlingame Bay
577 Airport Blvd., Suite 100
Burlingame, CA 94010

Cal Chamber
P. O. Box 526020
Sacramento, CA 95852

California Apprenticeship
P. O. Box 420603
San Francisco, CA 94142

California Choice Benefit Administrators
P.O. Box 7088
Orange, CA 92863

California Solar Electric
302 N. Montgomery Street
Ojai, CA 93023

California Solar Exchange, LLC
173 East Holley Avenue
El Segundo, CA 90245

California State Disbursement
P. O. Box 989067
West Sacramento, CA 95798

Call & Jensen
610 Newport Center Drive
Newport Beach, CA 92660

Canadian Solar (USA) Inc.
3000 Oak Road
Walnut Creek, CA 94597

CED Temecula
P. O. Box 509079
San Diego, CA 92150

Central Valley testing
P. O. Box 2669
Visalia, CA 93279

CGI Technical Services, Inc.
1612 Wedding Way
Redding, CA 96003

Charles Feldbaum
43 Miranda Cir.
Rancho Mirage, CA 92270

Chris Castillon
1604 Delmar Rd.
Oceanside, CA 92057

Christian Luzar
41386 Aerodome Ave.
Indio, CA 92203

City of Murrieta
One Town Square
24601 Jefferson Avenue
Murrieta, CA 92562

Clint Beymer
24781 Spadra Ln.
Mission Viejo, CA 92691

CMR Construction, Inc.
P. O. Box 5849
La Quinta, CA 92248

Concord Disposal Service
P. O. Box 5397
Concord, CA 94524

Concord Industrial Park IV, LP
4080 Port Chicago Highway
Concord, CA 94520

Cool Air Solutions
41162 Sandalwood Circle
Murrieta, CA 92562

CTE Inc.
1441 Montiel Road, Suite 115
Escondido, CA 92026

D. Roiz
c/o HelioPower, Inc.
25747 Jefferson Avenue
Incline Village, NV 89450

Dass Structural Engineers
1300 Adams Ave
Costa Mesa, CA 92626

David Aiken
1445 North Avenida Cavalleros
Palm Springs, CA 92262

David DeFluiter
3 Duray Ct.
Aliso Viejo, CA 92656

David Martin
30066
Diamond Ridge Court
Menifee, CA 92585

David McFadden
38380 Descanso Cir.
Cathedral City, CA 92234

Dean Porter
68355 Skyway Dr.
Cathedral City, CA 92234

Debbie Landa
503-1328 Marinaside Cr.
Vancouver, B.C. Canada

Desert Alarm, Inc.
73-168 Highway 111, Suite 204
Palm Desert, CA 92260

Desert Elite Group, LLC
P.O. Box 11924
Palm Desert, CA 92255

Dhnesh Pore
43140 Avenida San Pasqual
Temecula, CA 92592

DMV Renewal
P. O. Box 942897
Sacramento, CA 94294

DocuSign
1301 2nd Avenue, Suite 2000
Seattle, WA 98101

Duncan Bolt
8535 Dice Road
Santa Fe Springs, CA 90670

Dynamic Systems
6430 Pleasant Street
South Park, PA 15129

Eduardo Garcia
7550 Sunkist Dr.
Oakland, CA 94605

Eisenhower Occupational Health
Dept 3123
Los Angeles, CA 90084-3123

Engineered Power Solutions
1405 Spring Street
Paso Robles, CA 93446

Enterprise Fleet Service
P.O. Box 800089
Kansas City, MO 64180-0089

Ethos Distributed Solutions
390 Youngfield St.
Wheat Ridge, CO 80033

Fallbrook Awards
235 E. Mission Rd., Suite C
Fallbrook, CA 92028

Fallbrook Chamber of Commerce
233 E. Mission Rd.
Fallbrook, CA 92028

Family Custom Designs, LLC
1050 Nevada St.
Redlands, CA 92374

Fed Ex Freigh
P.O. Box 21415
Pasadena, CA 91185

Fish Window Cleaning
P.O. Box GE
Beaumont, CA 92223

Five Star Electric
903 Industry Way, Suite A
El Centro, CA 92243

Focused Energy, LLC
1730 Camino Carlos Rey
Santa Fe, NM 87507

Frank Fossati
23005 Cecelia
Mission Viejo, CA 92692

Fresno Neon Sign Company, Inc.
5901 E. Clinton Ave.
Fresno, CA 93727

Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274-0407

G&C Industrial Electric
634 S. State College Blvd.
Fullerton, CA 92831

Gary Ewaska
11 Covington Dr.
Palm Desert, CA 92260

General Pacific Inc.
P.O. Box 70
Fairview, OR 97024

General Tree, Inc.
4811 Kimber Avenue
Bakersfield, CA 93307

Golden Gate Overnight
P.O. Box 10877
Pleasanton, CA 94588

Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

Gregg Garfield
4666 Farmdale Ave.
North Hollywood, CA 91602

H&D Plastering
1260 Apple Dr.
Concord, CA 94518

Hanching Ho
33455 Summerset Rd.
Yucaipa, CA 92399

Harlin Rollin
26955 Cotswold Dr.
Canyon Country, CA 91387

Haulaway Storage Containers
P.O. Box 186
Stanton, CA 90680-0186

Hayden Industries
1393 E. San Bernardino Ave.
San Bernardino, CA 92408

Healthpointe Med Group
16702 Valley View Ave.
La Mirada, CA 90638

Hero
16620 W. Bernardo Dr.
San Diego, CA 92127

Holland & Hart
P.O. Box 17283
Denver, CO 80217

Home Depot Credit Services
P.O. Box 6031
The Lakes, NV 88901

Hotels.com
10440 N. Central Expwy
Dallas, TX 75231

Hyundai-Korea
21250 Hawthorne Blvd.
Torrance, CA 90503

Ian Rogoff
P. O. Box 4683
Incline Village, NV 89450

Image Source
650 East Hospitality Ln., Suite 540
San Bernardino, CA 92408

Imperial Irrigation District
P.O. Box 937
Imperial, CA 92251-0937

Industrial Metal Supply
301 Main St.
Riverside, CA 92501

Innovative Structural Engineer
40810 County Center Drive
Temecula, CA 92591

J. Bonanno
3459 26th St.
San Francisco, CA 94410

JC Construction
3305 W. Holland
Fresno, CA 93722

John Hagan
294 Franklin St.
Napa, CA 94559

John McIntosh
39873 Osprey Road
Murrieta, CA 92562

Jonah Liebes
328 E. Clemmens Lane
Fallbrook, CA 92028

Jose Sison
2349 W. 91st St.
Los Angeles, CA 90045

Judith Schurr
7643 Shoshone Dr.
Indian Wells, CA 92210-8851

K. Keith
2611 San Andrea Way
Claremont, CA 91711

K.C. Propane
P.O. Box 17652
Anaheim, CA 92807

K2 Development
1011 Parkview Ave., Suite A
Redding, CA 96001

Konica Minolta
Maint Dept 22988
Pasadena, CA 91185-2988

Konica Minolta QDS Lease
P.O. Box 100706
Pasadena, CA 91189-0706

Krames StayWell, LLC
P.O. Box 90477
Chicago, IL 60696-0477

Krannich Solar
3801 Ocean Ranch Blvd.
Oceanside, CA 92056

Linda Greenburg
78400 Discovery Bay
Indio, CA 92203

Locus Energy
2 Hudson Place, 6th Floor
Hoboken, NJ 07030

Lynch Horne
520 Desert West Dr.
Rancho Mirage, CA 92270

Magnolia Heating & Cooling Inc.
6990 Jurupa Ave.
Riverside, CA 92504

Marathon Reprographics
41571 Corning Place, Suite 112
Murrieta, CA 92562

Matthew McPherson
51239 Avendia Rubio
La Quinta, CA 92253

Matthew Noonan
1027 Enamor Court
Palm Springs, CA 92262

Maurice Rousso
30820 East Green Drive
Murrieta, CA 92563

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

MD Concrete Cutting
2916 Gibson St.
Bakersfield, CA 93308

MedPost Urgent Care
P.O. Box 740189
Los Angeles, CA 90074-0189

Michael Horne
21 Bellissimo
Rancho Mirage, CA 92270

Michael Maloney
1002 Hermes Ave.
Encinitas, CA 92024

Michael Murray
1593 Larson Lane
Fallbrook, CA 92028

Michelle Schmehl
30923 Wondflower Ln.
Murrieta, CA 92563

Mike Williams
72 Calle Rivero
Rancho Mirage, CA 92270

Mobile Mini
P.O. Box 79149
Phoenix, AZ 85062-9149

Nat Harty
1421 Seacrest
Corona Del Mar, CA 92625

National Construction Rentals
P.O. Box 4503
Pacoima, CA 91333-4503

New Home Solar Power, Inc.
605 Market Street, Suite 900
San Francisco, CA 94105

No Limit Concrete Pumping
P.O. Box 733
Byron, CA 94514

Norman Scheel Structural
5022 Sunrise Boulevard
Fair Oaks, CA 95628

North County Fence, Inc.
29690 Cottonwood Cove Drive
Menifee, CA 92584

Nowadays Solar
1626 N. Pointsettia Pl.
Los Angeles, CA 90046

Office Products
41765 Elm Street
Murrieta, CA 92562

Old Republic Surety Group
P.O. Box 1635
Milwaukee, WI 53201

OnTrac
PO BOX 841664
Los Angeles, CA 90084-1664

Orie2 Engineering Inc
9750 Miramar Road Ste 310
San Diego, CA 92126

Orion Solar Racking
2917 Vail Ave
Commerce, CA 90040

Orkin Pest Control
P.O. Box 7161
Pasadena, CA 91109-7161

Ortiz Construction Services
7161 McNeil Lane
Buena Park, CA 90620

```
Owen-Dunn Insurance Services
1455 Response Rd., #260
Sacramento, CA 95815

Pac-Van
9155 Harrison Park Court
Indianapolis, IN 46216

Paul Davis Restoration
9767 Aspen Creek Cl
San Diego, CA 92126

Penske Truck Leasing Co.  L.P.
PO Box 7429
Pasadena, CA 91109-7429

Personnel Concepts
PO Box 5750
Carol Stream, IL 60197-5750

PG&E
PO Box 997300
Sacramento, CA 95899-7300

Pick My Solar
525 S. Hewitt Street
Los Angeles, CA 90013

PJZ Land Inc
25747 Jefferson
Murrieta, CA 92562

PowerScout
331 Jefferson St
Oakland, CA 94607

Premier Insurance
P.O. Box 659010
Sacramento, CA 95865-9010

Press-Enterprise
1801 W Olympic Blvd
Pasadena, CA 91199-1555

PVHardware
7732 Fair Oaks Blvd
Carmichael, CA 95608

Quality Fencing Co., Inc
5828 S. Peach Avenue
Fresno, CA 93725

Rain for Rent
3397 Highway 86
Imperial, CA 92251
```

Randy Shultz
41650 Via Del Monte
Temecula, CA 92592

Raul Aldana
32952 Shadow Trails Ln.
Lake Elsinore, CA 92530

Realm Engineering
1447 Market Street Suite B
Redding, CA 96001

Reddaway
26401 Network Place
Chicago, IL 60673-1264

Registrar of Contractors
P.O. Box 26000
Sacramento, CA 95826

Residence Inn Marriott
25407 Madison Ave
Murrieta, CA 92562

Rexel Solar Solutions
2363 West La Palma Ave
Anaheim, CA 92801

RGS Energy
110 16th St
Denver, CO 80202

Rick Hart Roofing
39744 Exa Ely Rd
Hemet, CA 92544

Risk Management Training
P.O Box 935
Rancho Santa Fe, CA 92067

Robert McCay
17350 Vista Del Lago
Riverside, CA 92503

Robert Utendale
1522 Mesquite Ave.
Palm Springs, CA 92264

Roberts Tree Service
PO Box 460966
Escondido, CA 92406-0966

Roseann Larsen
27 Birkdale Circle
Rancho Mirage, CA 92270

Ruth Olmstead
1722 Reyes Ln.
Beaumont, CA 92223

Ryan Bennett
41 Berensk Dr.
Greenbrae, CA 94904

S. Huang
2201 Nelson Ave
Redondo Beach, CA 90278

S. LoRusso
2639 Kauaha Loa Dr
Escondido, CA 92029

Sacramento Engineering Consult
10555 Old Placerville Road
Sacramento, CA 95827

Salesforce.com  Inc
P.O. Box 203141
Dallas, TX 75320-3141

San Diego Pension Consultants
5628 Copley Drive
San Diego, CA 92111

San Diego Pension Consultants
5628 Copley Dr.
San Diego, CA 92111

Sanger Thousand Palms, LLC
400 S. Farrell Drive
Palm Springs, CA 92262

Santa Fe Contracting Inc
2626 Hartford St
San Diego, CA 92110

Sean Lanier
5950 Elhmhurt Ave.
Rancho Cucamonga, CA 91737

Sebastian Anaiss
54 Trabuco Creek Rd
Trabuco Canyon, CA 92679

Selover
10442 Russell Ave.
Garden Grove, CA 92843

Service Master All  Season Cle
8966 West State Ave
Glendale, AZ 85305

Shell Fleet Plus
PO Box 183019
Columbus, OH 43218-3019

Sierra Nevada Solar
P. O. Box 4683
Incline Village, NV 89450

Sierra Nevada Solar,  Inc
710 5th St
Prescott, AZ 86301

Silverio Xolocotzi
34478 Dean Ln
Wildomar, CA 92595

Skylift Rentals
P.O Box 2224
Irwindale, CA 91706

SMA  America  LLC
6020 West Oaks Blvd
Rocklin, CA 95677

SNS EH Brite, LLC
710 5th St.
Prescott, AZ 86303

Solace Construction
200 Spectrum Center Dr Suite 300
Irvine, CA 92618

Soligent, LLC
PO Box 398012
San Francisco, CA 94139-8012

Sonnen
10800 Burbank Blvd. Suite C
North Hollywood, CA 91601

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Southern California News Group
21860 Burbank Blvd #200
Woodland Hills, CA 91367

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Springhill Suites
28220 Jefferson Ave
Temecula, CA 92590

Staples Business Advantage
PO Box 83689
Chicago, IL 60696-3689

State of CA Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

State of California Employment Tax Dept.
SoCal Authorization Center 857
P.O. Box 19009
San Bernardino, CA 92423

State Water Resource Control B
PO Box 1888
Sacramento, CA 95812-1888

Stephen Riggs
506 Altair Ct.
Palm Springs, CA 92262

Stoker Construction
56471 29 Palms Highway
Yucca Valley, CA 92284

Sunpower Corporation
P.O.Box 60000
San Francisco, CA 94160

SunRun Inc.
595 Market Street, 29th Floor,
San Francisco, CA 94105

SunTrek Industries, Inc.
5 Holland #215
Irvine, CA 92618

Super Roofing Co
15 Seville Way South
South San Francisco, CA 94080

T. Millhoff
580 Douglas Ct.
Incline Village, NV 89451

Tammy Storino
18 Haverhill Rd
Laguna Niguel, CA 92677

Taquino Engineering
PO Box 2066
La Mesa, CA 91943

TelePacific Communications
515 S. Flower St.
Los Angeles, CA 90071-2201

Terry Standford
77529 Burrus Ct.
Palm Desert, CA 92211

The Vintage Club Security
75-001 Vintage Drive West
Indian Wells, CA 92210

Thomas O'Lenic
1801 Spumante Pl.
Pleasanton, CA 94566

Tim Ackerman
559 Altair Ct.
Palm Springs, CA 92264

Tim Downing
3819 Grand View Dr.
Brea, CA 92823

Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716-0074

TMI Research Services
PO Box 61253
Santa Barbara, CA 93160

Top of the Line Signs
PO Box 179
La Quinta, CA

TR Beitsch
1500 Bella Circle
Lincoln, CA 95648

United Rentals
PO Box 840514
Dallas, TX 75284-0514

United Site Services
PO Box 53267
Phoenix, AZ 85072-3267

Urgent Care-City Med
PO Box 15256
Loves Park, IL 61132-5256

US Healthworks
PO Box 50042
Los Angeles, CA 90074

```
V. Zelfer
1160Tanglwood Rd.
Prescott, AZ 86303

Valley Wide Beverage
4010 E. Hardy Ave.
Fresno, CA 93725

Valmonte
330 E. Valmonte Norte
Palm Springs, CA 92262

Veris Industries
12345 SW Leveton Drive
Tualatin, OR 97062

Waste Management of the Inland
PO Box 78251
Phoenix, AZ 85062-8251

Wave Broadband
P. O. Box 34889
Seattle, WA 98124

Wendel Rosen Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

Wendy Wacker
62300 Saturn St.
Yucca Valley, CA 92284

WEX Gas
PO Box 6293
Carol Stream, IL 60197-6293

Workplace Dynamics
397 Eagleview Blvd Suite 200
Exton, PA 19341

Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882

Yourmembership.com
541 Eastern Point Rd Suite 3
Groton, CT 06340
```

Name, Address, Telephone No. & I.D. No.
**Samuel A. Schwartz. Esq. 10985**
**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
**(702) 385-5544**
**10985**

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**HelioPower Inc.**

Debtor(s)

BANKRUPTCY NO. **17-12099**
CHAPTER NO. **11**

### DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

**PART I - DECLARATION OF PETITIONER**

I [We] __Maurice Rousso__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐      If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■      [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: __April 27, 2017__

Signed:    **/s/ Maurice Rousso**
              **Maurice Rousso/President**
              (Applicant)

**PART II - DECLARATION OF ATTORNEY**

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __April 27, 2017__

Signed:    **/s/ Samuel A. Schwartz. Esq.**
              **Samuel A. Schwartz. Esq. 10985**
              Attorney for Debtor(s)