Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
M. Michelle Nisce, Esq.
Nevada Bar No. 13552
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Proposed Attorneys for the Debtor*

E-Filed: May 15, 2017

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | ) | Case No.: 17-12099-ABL |
|---|---|---|
| HelioPower Inc., | ) | Chapter 11 |
| Debtor. | ) | Hearing Date May 22, 2017 |
|  | ) | Hearing Time: 9:30 a.m. |

### NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER GRANTING THE DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b) AUTHORIZING THE DEBTOR TO PAY PREPETITION CLAIMS OF A CRITICAL VENDOR

**TO:** ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES

The Court, the Debtor, and all creditors and parties in interest are hereby notified of a hearing on the Motion (the "**Motion**") for an Order pursuant to 11 U.S.C. §§ 105(a); 363(b), and 503(b) Authorizing the Debtor to Pay Prepetition Claims of a Critical Vendor (Doc. No. 41).

Take further notice that any party who objects to the Motion must file written objection pursuant to this Court's Order (Doc. No. 52) and Local Rule 9014(d) and 9006(c):

4838-5739-6544, v. 1

Oppositions to a motion must be filed and service of the opposition must be completed on the movant no later than May 22, 2017. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If objections are not timely filed and served, orders for the aforementioned Motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that the hearing on the Motion will be held before the Honorable United States Bankruptcy Judge August B. Landis, in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, NV 89101, in Courtroom 1, on **May 22, 2017, at 9:30 a.m.**

/ / /

/ / /

/ / /

/ / /

4838-5739-6544, v. 1

Dated this 15th day of May, 2017.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq. (Nevada Bar No. 10985)
Bryan A. Lindsey, Esq. (Nevada Bar No. 10662)
M. Michelle Nisce, Esq. (Nevada Bar No. 13552)
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Proposed Attorneys for the Debtor*

4838-5739-6544, v. 1