**Fill in this information to identify the case:**

Debtor name    **HelioPower Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-12099**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2017**    X */s/ Maurice Rousso*
_____    _____
                                    Signature of individual signing on behalf of debtor

                                    **Maurice Rousso**
                                    _____
                                    Printed name

                                    **President**
                                    _____
                                    Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **HelioPower Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | **17-12099** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AC Electric 33959 Galleron Street Temecula, CA 92592** | | | | | | **$78,600.00** |
| **American Technologies, Inc. 210 Baywood Avenue Orange, CA 92865** | | Equipment | | | | **$32,052.32** |
| **Ari-thane 1530 N. Missile Way Anaheim, CA 92801** | | Sub-contractor professional services | | | | **$70,000.00** |
| **Bank of America Bankcard Center P.O. Box 982238 El Paso, TX 79998-2238** | | Credit card | | | | **$254,596.78** |
| **Burlingame Bay EVGO 577 Airport Blvd., Suite 100 Burlingame, CA 94010** | | Customer Contract | | | | **$38,922.00** |
| **Canadian Solar (USA) Inc. 3000 Oak Road Walnut Creek, CA 94597** | | Equipment | | | | **$70,489.13** |
| **Duncan Bolt 8535 Dice Road Santa Fe Springs, CA 90670** | | Equipment | | | | **$264,744.34** |
| **Five Star Electric 903 Industry Way, Suite A El Centro, CA 92243** | | Sub-contractor professional services | | | | **$61,852.50** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | | Case number *(if known)* | **17-12099** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Hyundai-Korea 21250 Hawthorne Blvd. Torrance, CA 90503 | | Equipment | | | | $107,515.56 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $128,194.13 |
| North County Fence, Inc. 29690 Cottonwood Cove Drive Menifee, CA 92584 | | Subcontractor Professional Services | | | | $131,670.00 |
| Orion Solar Racking 2917 Vail Ave Commerce, CA 90040 | | Subcontractor professional services | | | | $128,194.13 |
| PJZ Land Inc 25747 Jefferson Murrieta, CA 92562 | | Lease | | | | $31,203.24 |
| PVHardware 7732 Fair Oaks Blvd Carmichael, CA 95608 | | Equipment | | | | $74,002.00 |
| Rexel Solar Solutions 2363 West La Palma Ave Anaheim, CA 92801 | | | | | | $123,506.36 |
| Skylift Rentals PO Box 2224 Irwindale, CA 91706 | | Equipment | | | | $33,710.65 |
| SNS EH Brite, LLC 710 5th St. Prescott, AZ 86303 | | Customer contract | | | | $74,517.89 |
| State of CA Board of Equalization P.O. Box 942879 Sacramento, CA 94279 | | | Disputed | | | $636,814.18 |
| Sunpower Corporation P.O.Box 60000 San Francisco, CA 94160 | | Equipment | | | | $130,402.06 |
| WEX Gas PO Box 6293 Carol Stream, IL 60197-6293 | | Fuel | | | | $30,412.63 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **HelioPower Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **17-12099**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................   $    **43,628.12**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................   $    **1,130,227.08**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................   $    **1,173,855.20**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **1,302,391.34**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $    **769,961.15**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$    **2,390,721.95**

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b                                                                                                   $    **4,463,074.44**

**Fill in this information to identify the case:**

Debtor name **HelioPower Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **17-12099**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. **Cash on hand** | | | **$14,450.22** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Savings** | | **$9.14** |
| 3.2. | **Bank of America** | **Checking** | 3693 | **$30,754.70** |
| 3.3. | **Bank of America** | **Certificate of Deposit** | | **$4,145.20** |

4. **Other cash equivalents** *(Identify all)*

| | | | |
| --- | --- | --- | --- |
| 4.1. | **Visa Rewards Card** | | **$1,419.73** |
| 4.2. | **Undeposited Funds** | | **$23,653.28** |

| 5. | Total of Part 1. | **$74,432.27** |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

Debtor  **HelioPower Inc.**
_____     Case number *(If known)* **17-12099**
Name

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---:|
| 7.1. | **Soligent, LLC**<br>**PO Box 398012**<br>**San Francisco, CA 94139-8012** | **$1,225.28** |
| 7.2. | **Enterprise Fleet Service**<br>**P.O. Box 800089**<br>**Kansas City MO 64180-0089** | **$9,484.84** |
| 7.3. | **Deposits for Equipment with Rexel, AEE Solar, Fortune Energy, CED Riverside** | **$74,856.99** |
| 7.4. | **Building Deposit** | **$21,476.25** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **Prepaid Annual Taxes** | **$24,338.08** |
| 8.2. | **Prepaid AFCO Insurance** | **$21,460.90** |
| 8.3. | **Prepaid Health Insurance** | **$2,681.91** |

9.    **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

**$155,524.25**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **300.00** | - | **0.00** = .... | **$300.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | Case number *(If known)* **17-12099** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **602,406.65** | - | **338,000.00** = .... | **$264,406.65** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **7,260.92** | - | **0.00** = .... | **$7,260.92** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **20,698.00** | - | **0.00** = .... | **$20,698.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **22,189.92** | - | **0.00** = .... | **$22,189.92** |
| | face amount | | doubtful or uncollectible accounts | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$314,855.49

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Solar panel installation materials.** | | **$0.00** | | **$131,080.29** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$131,080.29

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 3 |
|---|---|---|

| Debtor | **HelioPower Inc.** | Case number *(If known)* | **17-12099** |
|---|---|---|---|
| | Name | | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furnitures & Fixtures** | **$0.00** | **Tax records** | **$5,049.34** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Software** | **$0.00** | **Tax records** | **$0.00** |
| | **Office Equipment** | **$0.00** | **Tax records** | **$5,236.60** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $10,285.94 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **HelioPower Inc.** | | Case number *(If known)* **17-12099** |
| | Name | | |

| 47.1. | **Vehicles** | | | $0.00 | **Tax records** | | $407,492.50 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
   **Solar panel installation equipment**    $0.00    **Tax records**    $17,514.01

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   $425,006.51

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **25747 Jefferson Avenue Murrieta, CA 92562** | **Leasehold Improvement** | **Unknown** | | **$43,628.12** |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   $43,628.12

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | Case number *(If known)* **17-12099** |
|---|---|---|
| | Name | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property**<br>**Greenzu IP** | $36,888.89 | Liquidation | $0.00 |
| 65. **Goodwill**<br>**Goodwill** | $1,081,004.39 | Liquidation | $0.00 |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **California State Tax Refund**    Tax year **2016** | $11,552.97 |
| 73. **Interests in insurance policies or annuities** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor     **HelioPower Inc.**                                         Case number *(If known)*  **17-12099**
_____
Name

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **Marketing / Promo Materials**                                                        $5,989.36

   **Salary Advance to Employee: Bradley Schmehl**                                          $1,500.00

78.  **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                      | $19,042.33 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Debtor | **HelioPower Inc.** | Case number *(If known)* **17-12099** |
|--------|---------------------|----------------------------------------|
| | Name | |

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $74,432.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $155,524.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $314,855.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $131,080.29 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,285.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $425,006.51 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $43,628.12 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $19,042.33 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,130,227.08 | + 91b.  $43,628.12 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,173,855.20 |

**Schedule of Depreciation**
**\*\*\* Asset Detail \*\*\***
**01/31/12 To 04/30/17**
**REMAI - Remainder of Year Depreciation**

Sorted by Category No/Asset No

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| **16000 - Leasehold Improvements** | | | | | | | | |
| 70001 - HVAC | 16000 | OWN | 12/31/10 | 3,370.00 | 449.50 | 2,920.50 | 1,179.51 | 1,740.99 |
| 70002 - Leasehold Improvements | 16000 | OWN | 12/31/10 | 13,576.00 | 1,811.04 | 11,764.96 | 4,751.61 | 7,013.35 |
| 70003 - HVAC 5 Ton Pump w/Duct | 16000 | OWN | 07/01/10 | 9,570.00 | 638.32 | 8,931.68 | 3,349.51 | 5,582.17 |
| 70004 - Room Additions | 16000 | OWN | 01/01/10 | 1,284.00 | 171.33 | 1,112.67 | 449.39 | 663.28 |
| 70005 - Room Additions | 16000 | OWN | 02/01/10 | 991.00 | 132.25 | 858.75 | 346.88 | 511.87 |
| 70006 - Ceiling | 16000 | OWN | 06/04/10 | 1,250.00 | 166.75 | 1,083.25 | 437.47 | 645.78 |
| 70007 - Carpet | 16000 | OWN | 06/18/10 | 1,330.00 | 177.42 | 1,152.58 | 465.52 | 687.06 |
| 70008 - Electrical Supplies Low Volta | 16000 | OWN | 02/13/13 | 8,224.26 | .00 | 8,224.26 | 2,238.81 | 5,985.45 |
| 70009 - Electrical Supplies Low Volta | 16000 | OWN | 02/13/13 | 548.20 | .00 | 548.20 | 149.26 | 398.94 |
| 70010 - Sign for Jefferson | 16000 | OWN | 02/26/13 | 5,237.85 | .00 | 5,237.85 | 1,425.86 | 3,811.99 |
| 70011 - Racking NorCal | 16000 | OWN | 03/07/13 | 992.26 | .00 | 992.26 | 264.59 | 727.67 |
| 70012 - Sign Desert | 16000 | OWN | 03/22/13 | 661.97 | .00 | 661.97 | 176.53 | 485.44 |
| 70013 - Low Voltage New Building Je | 16000 | OWN | 03/31/13 | 1,692.00 | .00 | 1,692.00 | 451.20 | 1,240.80 |
| 70014 - Labor for Low Voltage | 16000 | OWN | 04/12/13 | 8,500.00 | .00 | 8,500.00 | 2,219.45 | 6,280.55 |
| 70015 - Sign Murrieta | 16000 | OWN | 05/01/13 | 6,140.38 | .00 | 6,140.38 | 1,569.20 | 4,571.18 |
| 70016 - Sign Lobby | 16000 | OWN | 05/30/13 | 1,435.14 | .00 | 1,435.14 | 366.76 | 1,068.38 |
| 70017 - Alarm System | 16000 | OWN | 05/01/13 | 2,973.00 | .00 | 2,973.00 | 759.78 | 2,213.22 |
| | | **Category Total:** | | 67,776.06 | 3,546.61 | 64,229.45 | 20,601.33 | 43,628.12 |
| | | | | | | | | |
| **16002 - Machinery & Equipment** | | | | | | | | |
| 30029 - Two SunEyes | 16002 | OWN | 01/04/16 | 6,688.80 | .00 | 6,688.80 | 2,601.20 | 4,087.60 |
| 40056 - Sunny Eyes | 16002 | OWN | 01/10/13 | 6,508.80 | .00 | 6,508.80 | 6,508.80 | .00 |
| 50001 - Wire Puller | 16002 | OWN | 06/27/07 | 2,964.00 | 2,302.73 | 661.27 | 661.27 | .00 |
| 50002 - Shop Vac Mur Ofc-Desk, Ch | 16002 | OWN | 06/27/07 | 50.00 | 38.85 | 11.15 | 11.15 | .00 |
| 50003 - Power Washer Mur Ofc | 16002 | OWN | 06/27/07 | 300.00 | 233.07 | 66.93 | 66.93 | .00 |
| 50004 - Hand Tools | 16002 | OWN | 06/27/07 | 300.00 | 233.07 | 66.93 | 66.93 | .00 |
| 50005 - Wheel Barrows | 16002 | OWN | 06/27/07 | 100.00 | 77.69 | 22.31 | 22.31 | .00 |
| 50006 - Conduit Benders | 16002 | OWN | 06/27/07 | 100.00 | 77.69 | 22.31 | 22.31 | .00 |
| 50007 - Ladders | 16002 | OWN | 06/27/07 | 1,200.00 | 932.28 | 267.72 | 267.72 | .00 |
| 50008 - Welding Equip | 16002 | OWN | 06/27/07 | 500.00 | 388.45 | 111.55 | 111.55 | .00 |
| 50009 - Pop Up Tent | 16002 | OWN | 06/27/07 | 50.00 | 38.85 | 11.15 | 11.15 | .00 |
| 50010 - Trade Show Display | 16002 | OWN | 06/27/07 | 7,500.00 | 5,826.75 | 1,673.25 | 1,673.25 | .00 |
| 50011 - 9 Solar Pathfinder | 16002 | OWN | 06/27/07 | 800.00 | 621.52 | 178.48 | 178.48 | .00 |
| 50012 - Insolation Meters | 16002 | OWN | 06/27/07 | 300.00 | 233.07 | 66.93 | 66.93 | .00 |
| 50013 - DC Power Supply | 16002 | OWN | 06/27/07 | 150.00 | 116.54 | 33.46 | 33.46 | .00 |
| 50014 - Warehouse Units | 16002 | OWN | 06/27/07 | 400.00 | 310.76 | 89.24 | 89.24 | .00 |
| 50015 - Warehouse Equip | 16002 | OWN | 06/27/07 | 400.00 | 310.76 | 89.24 | 89.24 | .00 |
| 50016 - Cable Pullers | 16002 | OWN | 06/27/07 | 4,000.00 | 3,107.60 | 892.40 | 892.40 | .00 |
| 50017 - MC Crimpers | 16002 | OWN | 06/27/07 | 2,900.00 | 2,253.01 | 646.99 | 646.99 | .00 |
| 50018 - Saw Blades | 16002 | OWN | 06/27/07 | 200.00 | 155.38 | 44.62 | 44.62 | .00 |
| 50019 - Hole Saw Kits | 16002 | OWN | 06/27/07 | 600.00 | 466.14 | 133.86 | 133.86 | .00 |
| 50020 - Hole Punch Kits | 16002 | OWN | 06/27/07 | 800.00 | 621.52 | 178.48 | 178.48 | .00 |
| 50021 - Pallet Jack | 16002 | OWN | 06/27/07 | 500.00 | 388.45 | 111.55 | 111.55 | .00 |
| 50022 - Drills | 16002 | OWN | 06/27/07 | 450.00 | 349.61 | 100.39 | 100.39 | .00 |
| 50023 - Metal Chop Saw | 16002 | OWN | 06/27/07 | 400.00 | 310.76 | 89.24 | 89.24 | .00 |
| 50024 - Solometric Eye | 16002 | OWN | 08/01/09 | 1,669.00 | 939.31 | 729.69 | 729.69 | .00 |
| 50025 - Solar Eye | 16002 | OWN | 12/01/09 | 550.00 | 309.57 | 240.43 | 240.43 | .00 |
| 50026 - Thermal Gun O&M | 16002 | OWN | 05/11/12 | 4,529.20 | .00 | 4,529.20 | 4,529.20 | .00 |
| 50027 - Forklift | 16002 | OWN | 04/04/13 | 9,100.00 | .00 | 9,100.00 | 7,128.34 | 1,971.66 |
| 50028 - SunEye - Service | 16002 | OWN | 11/30/15 | 3,100.00 | .00 | 3,100.00 | 1,377.77 | 1,722.23 |

Helio Power Inc

## Schedule of Depreciation
### *** Asset Detail ***
### 01/31/12 To 04/30/17
### REMAI - Remainder of Year Depreciation

Sorted by Category No/Asset No

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| 60002  - Suneye Solmetric | 16002 | OWN | 04/01/10 | 1,669.00 | 477.08 | 1,191.92 | 1,191.92 | .00 |
| 60003  - Solar Site Eval Tool | 16002 | OWN | 01/01/10 | 546.00 | 155.98 | 390.02 | 390.02 | .00 |
| 60005  - Forklift Batteries Norcal | 16002 | SOLD | 09/01/13 | 5,027.40 | .00 | 5,027.40 | 3,351.60 | 1,675.80 |
| 60033  - Truck Racks | 16002 | OWN | 07/03/13 | 2,086.97 | .00 | 2,086.97 | 1,530.42 | 556.55 |
| 60034  - Shading Awnings Trucks | 16002 | OWN | 01/01/14 | 2,547.61 | .00 | 2,547.61 | 1,613.48 | 934.13 |
| 60035  - Solmetric | 16002 | OWN | 05/15/14 | 2,002.14 | .00 | 2,002.14 | 1,890.90 | 111.24 |
| 6036  - Ice Machine CV | 16002 | OWN | 09/30/14 | 1,898.00 | .00 | 1,898.00 | 1,581.67 | 316.33 |
| 60637  - SunEye | 16002 | OWN | 02/29/16 | 2,720.00 | .00 | 2,720.00 | 147.32 | 2,572.68 |
| 60638  - Ladder Lift | 16002 | OWN | 10/31/16 | 5,669.00 | .00 | 5,669.00 | 472.41 | 5,196.59 |
| | | Category Total: | | 81,275.92 | 21,276.49 | 59,999.43 | 40,854.62 | 19,144.81 |

**16004 - Vehicles**

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| 1  - 2003 Chevy C4500 | 16004 | SOLD | 06/27/07 | .00 | .00 | .00 | .00 | .00 |
| 10002  - 2006 Chevy Pickup 1500 | 16004 | OWN | 06/27/07 | 9,811.00 | 7,717.40 | 2,093.60 | 2,093.60 | .00 |
| 10003  - 2006 Chevy Silverado | 16004 | OWN | 07/27/07 | 26,668.00 | 25,131.92 | 1,536.08 | 1,536.08 | .00 |
| 10004  - 2006 Chevy Silverado | 16004 | SOLD | 07/27/07 | 27,405.00 | 25,826.47 | 1,578.53 | 1,578.53 | .00 |
| 10005  - Chevy Silverado | 16004 | OWN | 07/27/07 | 30,300.00 | 28,554.72 | 1,745.28 | 1,745.28 | .00 |
| 10006  - 2007 Chevy Colorado | 16004 | OWN | 07/27/07 | 20,993.00 | 19,783.80 | 1,209.20 | 1,209.20 | .00 |
| 10007  - 2005 Toyota Prius | 16004 | SOLD | 06/27/07 | 20,323.00 | 19,152.40 | 1,170.60 | 1,170.60 | .00 |
| 10008  - 2006 Chevy Truck | 16004 | OWN | 07/27/07 | 31,058.00 | 29,269.06 | 1,788.94 | 1,788.94 | .00 |
| 10009  - 2006 G30 Van | 16004 | SOLD | 07/27/07 | 26,225.00 | 24,714.44 | 1,510.56 | 1,510.56 | .00 |
| 10010  - 2005 G30 Van | 16004 | SOLD | 07/27/07 | 18,406.00 | 17,345.81 | 1,060.19 | 1,060.19 | .00 |
| 10011  - 2005 Chevy Truck | 16004 | SOLD | 06/27/09 | 14,500.00 | 10,904.00 | 3,596.00 | 3,596.00 | .00 |
| 10012  - Ford Cutaway Van | 16004 | OWN | 01/01/11 | 13,755.00 | 2,750.94 | 11,004.06 | 11,004.01 | .05 |
| 10013  - 2006 Chevy 3500 | 16004 | OWN | 07/01/10 | 24,139.00 | 10,516.72 | 13,622.28 | 11,586.72 | 2,035.56 |
| 10014  - 2005 Chevy 3500 | 16004 | OWN | 04/01/10 | 14,630.00 | 7,803.00 | 6,827.00 | 6,827.00 | .00 |
| 10015  - 1996 GMC 3500 | 16004 | SOLD | 07/01/10 | 8,085.00 | 3,233.82 | 4,851.18 | 3,259.87 | 1,591.31 |
| 10016  - 2010 Chevy | 16004 | OWN | 10/01/11 | 15,459.33 | 772.97 | 14,686.36 | 14,686.36 | .00 |
| 10017  - Trailer and Tag Purchase | 16004 | OWN | 03/15/10 | 2,943.00 | 1,177.20 | 1,765.80 | 1,765.80 | .00 |
| 10018  - Repairs | 16004 | OWN | 03/27/12 | 661.00 | .00 | 661.00 | 661.00 | .00 |
| 10019  - Nissan Versa | 16004 | OWN | 02/01/12 | 11,236.00 | .00 | 11,236.00 | 11,236.00 | .00 |
| 10020  - 2011 Ford Transit | 16004 | OWN | 04/01/12 | 21,559.51 | .00 | 21,559.51 | 21,200.19 | 359.32 |
| 10021  - 2012 Ford F-350 | 16004 | OWN | 05/01/12 | 40,423.66 | .00 | 40,423.66 | 39,076.20 | 1,347.46 |
| 10022  - 2012 Ford Transit | 16004 | OWN | 06/01/12 | 23,568.21 | .00 | 23,568.21 | 22,389.81 | 1,178.40 |
| 10023  - 2011 Ford F150 | 16004 | OWN | 10/09/12 | 19,023.25 | .00 | 19,023.25 | 16,803.86 | 2,219.39 |
| 10024  - 2012 Chevy Silverado 3500F | 16004 | OWN | 10/31/12 | 31,400.95 | .00 | 31,400.95 | 27,737.51 | 3,663.44 |
| 10025  - 2011 Ford F150 | 16004 | OWN | 03/15/13 | 17,086.25 | .00 | 17,086.25 | 17,086.25 | .00 |
| 10026  - Ford F150 Nor Cal | 16004 | OWN | 05/23/13 | 17,674.25 | .00 | 17,674.25 | 13,550.26 | 4,123.99 |
| 10027  - Ford F150 Desert | 16004 | OWN | 06/13/13 | 16,900.00 | .00 | 16,900.00 | 12,675.01 | 4,224.99 |
| 12028  - Ford F 350 Supercab LAKK( | 16004 | OWN | 09/01/13 | 32,394.31 | .00 | 32,394.31 | 32,394.31 | .00 |
| 12029  - 2013 Ford transit 65367 | 16004 | OWN | 01/01/14 | 20,433.19 | .00 | 20,433.19 | 20,433.19 | .00 |
| 12030  - 2013 F150 66738 | 16004 | OWN | 01/01/14 | 20,015.76 | .00 | 20,015.76 | 12,676.65 | 7,339.11 |
| 12031  - 2014 Ford F3EX LAMH91 | 16004 | OWN | 03/31/14 | 32,626.00 | .00 | 32,626.00 | 19,575.61 | 13,050.39 |
| 12032  - Ford F150 | 16004 | OWN | 03/15/13 | 8,849.12 | .00 | 8,849.12 | 8,849.12 | .00 |
| 12033  - LAQY68 Ford Cmax | 16004 | OWN | 09/30/14 | 33,040.96 | .00 | 33,040.96 | 16,520.47 | 16,520.49 |
| 12034  - LAQY69 Ford CMax | 16004 | OWN | 09/30/14 | 32,934.60 | .00 | 32,934.60 | 16,467.30 | 16,467.30 |
| 12035  - LAQY79 | 16004 | OWN | 10/03/14 | 33,107.64 | .00 | 33,107.64 | 16,002.02 | 17,105.62 |
| 12036  - LAQY80 Ford CMAX 17969 | 16004 | OWN | 10/03/14 | 33,112.44 | .00 | 33,112.44 | 16,004.34 | 17,108.10 |
| 12037  - LAQY81 Ford CMax 13336 | 16004 | OWN | 10/10/14 | 34,072.38 | .00 | 34,072.38 | 16,468.32 | 17,604.06 |
| 12038  - LAQY82 Ford CMax 10352 | 16004 | OWN | 10/03/14 | 33,366.27 | .00 | 33,366.27 | 16,127.01 | 17,239.26 |
| 12039  - LAQY83 Ford CMax 01647 | 16004 | OWN | 10/10/14 | 33,980.22 | .00 | 33,980.22 | 16,423.77 | 17,556.45 |

**Schedule of Depreciation**
**\*\*\* Asset Detail \*\*\***
**01/31/12 To 04/30/17**
**REMAI - Remainder of Year Depreciation**

Sorted by Category No/Asset No

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| 12040 - LAQY84 Ford CMax 10340 | 16004 | OWN | 10/10/14 | 33,986.75 | .00 | 33,986.75 | 16,426.94 | 17,559.81 |
| 12041 - LAQY61 Ford CMax 09678 | 16004 | OWN | 10/22/14 | 33,971.04 | .00 | 33,971.04 | 16,419.33 | 17,551.71 |
| 12042 - LARD20 Ford F350 78389 | 16004 | OWN | 10/15/14 | 43,693.23 | .00 | 43,693.23 | 21,118.40 | 22,574.83 |
| 12043 - LAQY60 Ford CMax 03341 | 16004 | OWN | 12/05/14 | 26,020.21 | .00 | 26,020.21 | 11,709.09 | 14,311.12 |
| 12044 - LATX64 Ford F350 78394 | 16004 | OWN | 05/01/15 | 38,495.18 | .00 | 38,495.18 | 23,524.84 | 14,970.34 |
| 12045 - LAWG50 | 16004 | OWN | 06/01/15 | 31,528.90 | .00 | 31,528.90 | 18,391.85 | 13,137.05 |
| 12046 - LAWG51 2015 Ford Transit : | 16004 | OWN | 06/30/15 | 31,528.90 | .00 | 31,528.90 | 18,391.85 | 13,137.05 |
| 12047 - LAWG49 2015 Ford Transit : | 16004 | OWN | 07/01/15 | 31,528.90 | .00 | 31,528.90 | 17,516.04 | 14,012.86 |
| 12048 - Ford F150 Vin 18620 | 16004 | OWN | 08/01/15 | 20,607.85 | .00 | 20,607.85 | 10,876.36 | 9,731.49 |
| 12049 - 222Q55 FordTransit 06692 | 16004 | OWN | 09/30/15 | 28,970.10 | .00 | 28,970.10 | 8,691.05 | 20,279.05 |
| 12050 - 222RNH Ford Transit 08829 | 16004 | OWN | 11/19/15 | 32,725.52 | .00 | 32,725.52 | 8,726.82 | 23,998.70 |
| 12051 - 224QM5 Ford transit 08825 | 16004 | OWN | 11/20/15 | 32,115.52 | .00 | 32,115.52 | 8,564.14 | 23,551.38 |
| 12052 - 2234Q9 Ford F350 97685 | 16004 | OWN | 12/16/15 | 37,638.96 | .00 | 37,638.96 | 10,037.07 | 27,601.89 |
| 12053 - 222SV9 Ford Transit 56308 | 16004 | OWN | 02/05/16 | 31,125.13 | .00 | 31,125.13 | 6,743.78 | 24,381.35 |
| 12054 - 222SVF Ford transit 56307 | 16004 | OWN | 02/05/16 | 31,125.13 | .00 | 31,125.13 | 6,743.78 | 24,381.35 |
| 12055 - 22CFFR Ford F350 54550 | 16004 | OWN | 12/30/16 | 41,708.07 | .00 | 41,708.07 | 2,780.52 | 38,927.55 |
| | | **Category Total:** | | 1,378,935.69 | 234,654.67 | 1,144,281.02 | 663,438.80 | 480,842.22 |

**16006 - Software**

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| 20001 - Auto Cad | 16006 | OWN | 06/27/07 | 1,818.00 | 605.37 | 1,212.63 | 1,212.63 | .00 |
| 20002 - QB License 2-Enterprise | 16006 | OWN | 04/01/10 | 4,072.00 | 2,712.29 | 1,359.71 | 1,359.71 | .00 |
| 20003 - Foundation Deposit | 16006 | OWN | 12/31/11 | 13,254.00 | .01 | 13,253.99 | 13,253.99 | .00 |
| 20005 - Auto Cad 2 | 16006 | OWN | 07/01/11 | 854.93 | 141.06 | 713.87 | 713.87 | .00 |
| 20006 - Box.net | 16006 | OWN | 06/30/10 | 3,300.00 | 2,197.80 | 1,102.20 | 1,102.20 | .00 |
| 20007 - PV Sys & WI | 16006 | OWN | 11/30/10 | 1,733.00 | 829.29 | 903.71 | 903.71 | .00 |
| 20008 - MS Office | 16006 | OWN | 12/16/10 | 404.00 | 134.47 | 269.53 | 269.53 | .00 |
| 20009 - Auto Cad | 16006 | OWN | 06/23/11 | 868.00 | 143.21 | 724.79 | 724.79 | .00 |
| 20010 - Auto Cad | 16006 | OWN | 08/15/11 | 962.00 | 158.73 | 803.27 | 803.27 | .00 |
| 20011 - Foundation | 16006 | OWN | 02/22/12 | 13,254.00 | .00 | 13,254.00 | 13,254.00 | .00 |
| 20012 - Estimating Software | 16006 | OWN | 02/15/13 | 2,750.00 | .00 | 2,750.00 | 2,750.00 | .00 |
| 20013 - Auto CAD - Marco | 16006 | OWN | 10/08/13 | 699.99 | .00 | 699.99 | 699.99 | .00 |
| 20014 - Docusign | 16006 | SCRAP | 03/10/14 | 5,000.00 | .00 | 5,000.00 | 2,500.02 | 2,499.98 |
| 40052 - Adobe Project | 16006 | OWN | 01/22/13 | 971.98 | .00 | 971.98 | 971.98 | .00 |
| 40054 - Microsoft project | 16006 | OWN | 01/22/13 | 647.99 | .00 | 647.99 | 647.99 | .00 |
| 40055 - Sonic Wall | 16006 | OWN | 01/02/13 | 490.00 | .00 | 490.00 | 490.00 | .00 |
| 40063 - Sketchup | 16006 | OWN | 12/31/12 | 894.00 | .00 | 894.00 | 894.00 | .00 |
| | | **Category Total:** | | 51,973.89 | 6,922.23 | 45,051.66 | 42,551.68 | 2,499.98 |

**16008 - Office Equipment**

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| 30001 - Computer NorCal | 16008 | OWN | 06/27/07 | 23.00 | 21.68 | 1.32 | 1.32 | .00 |
| 30002 - Computer NorCal | 16008 | OWN | 06/27/07 | 179.00 | 168.69 | 10.31 | 10.31 | .00 |
| 30003 - Laptop Jonah | 16008 | OWN | 06/27/07 | 1,425.00 | 1,342.92 | 82.08 | 82.08 | .00 |
| 30004 - Desktop-Tanya | 16008 | OWN | 06/27/07 | 783.00 | 737.90 | 45.10 | 45.10 | .00 |
| 30005 - Laptop-Anna | 16008 | OWN | 06/27/07 | 2,561.00 | 2,413.49 | 147.51 | 147.51 | .00 |
| 30006 - Laptop - Mo | 16008 | OWN | 06/27/07 | 1,928.00 | 1,816.95 | 111.05 | 111.05 | .00 |
| 30007 - Panasonic Phone System | 16008 | OWN | 06/27/07 | 3,489.00 | 3,288.03 | 200.97 | 200.97 | .00 |
| 30008 - Computer Greg Barns | 16008 | OWN | 06/27/07 | 1,093.00 | 1,030.04 | 62.96 | 62.96 | .00 |
| 30009 - Computer/Monitor Jeff Van E | 16008 | OWN | 06/27/07 | 1,227.00 | 1,156.32 | 70.68 | 70.68 | .00 |
| 30010 - Printer Sacramento | 16008 | OWN | 08/03/07 | 366.00 | 324.02 | 41.98 | 21.08 | 20.90 |
| 30011 - Dell Laptop | 16008 | OWN | 10/18/07 | 1,006.00 | 948.05 | 57.95 | 57.95 | .00 |
| 30012 - Computer Acctg-Tanya | 16008 | OWN | 01/04/08 | 1,439.00 | 1,190.34 | 248.66 | 248.66 | .00 |

**Schedule of Depreciation**
**\*\*\* Asset Detail \*\*\***
**01/31/12 To 04/30/17**
**REMAI - Remainder of Year Depreciation**

Sorted by Category No/Asset No

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| 30013  - Laptop - Mo | 16008 | OWN | 03/15/09 | 1,102.00 | 784.83 | 317.17 | 317.17 | .00 |
| 30014 - Monitor - Bert | 16008 | OWN | 05/10/09 | 334.00 | 237.48 | 96.52 | 96.20 | .32 |
| 30015 - Dell Buyout | 16008 | OWN | 08/10/09 | 2,105.00 | 1,498.45 | 606.55 | 606.25 | .30 |
| 30016 - Computer - Ben | 16008 | OWN | 09/10/09 | 1,705.00 | 1,213.79 | 491.21 | 491.05 | .16 |
| 30017 - Equip Murrieta Office | 16008 | OWN | 11/02/09 | 1,175.00 | 836.24 | 338.76 | 338.40 | .36 |
| 30018 - Dell Computer | 16008 | OWN | 11/10/09 | 786.00 | 559.61 | 226.39 | 226.37 | .02 |
| 30019 - Purchasing Computer | 16008 | OWN | 02/15/13 | 781.56 | .00 | 781.56 | 781.56 | .00 |
| 30020 - NorCal Desktop | 16008 | OWN | 02/01/13 | 647.98 | .00 | 647.98 | 647.98 | .00 |
| 30021 - Computer Permits | 16008 | OWN | 03/14/13 | 465.47 | .00 | 465.47 | 465.47 | .00 |
| 30022 - Projection TV | 16008 | OWN | 03/18/13 | 896.39 | .00 | 896.39 | 896.39 | .00 |
| 30023 - LapTop Gerard | 16008 | OWN | 06/15/13 | 651.98 | .00 | 651.98 | 651.98 | .00 |
| 30024 - Computers Resi Engineering | 16008 | OWN | 09/01/13 | 1,761.74 | .00 | 1,761.74 | 1,761.74 | .00 |
| 30025 - Ipad's for AM | 16008 | OWN | 06/30/14 | 2,571.66 | .00 | 2,571.66 | 2,357.37 | 214.29 |
| 30026 - CDW Drive and Backup Driv | 16008 | OWN | 05/11/15 | 1,546.94 | .00 | 1,546.94 | 945.36 | 601.58 |
| 30027 - Computer Director Engineeri | 16008 | OWN | 06/30/15 | 1,291.74 | .00 | 1,291.74 | 753.51 | 538.23 |
| 30028 - O&M Computers | 16008 | OWN | 08/01/15 | 821.97 | .00 | 821.97 | 433.81 | 388.16 |
| 40001 - Laptop - M Blue | 16008 | OWN | 04/01/11 | 497.00 | 99.47 | 397.53 | 397.53 | .00 |
| 40002 - Power Connection Server | 16008 | OWN | 02/16/11 | 720.00 | 143.96 | 576.04 | 576.04 | .00 |
| 40003 - VPN Network | 16008 | OWN | 02/28/11 | 811.00 | 162.11 | 648.89 | 648.89 | .00 |
| 40004 - Computer | 16008 | OWN | 05/31/10 | 715.00 | 250.20 | 464.80 | 464.80 | .00 |
| 40005 - Camera | 16008 | OWN | 07/30/10 | 609.00 | 182.68 | 426.32 | 426.32 | .00 |
| 40006 - NorCal Router Computer | 16008 | OWN | 08/10/10 | 646.00 | 193.70 | 452.30 | 452.30 | .00 |
| 40007 - 24 Inch Monitor | 16008 | OWN | 01/01/10 | 233.00 | 93.40 | 139.60 | 139.60 | .00 |
| 40008 - Computer Engineering | 16008 | OWN | 04/30/10 | 1,226.00 | 429.23 | 796.77 | 796.77 | .00 |
| 40009 - Computer Murrieta | 16008 | OWN | 05/14/10 | 614.00 | 214.94 | 399.06 | 399.06 | .00 |
| 40010 - Computer | 16008 | OWN | 03/01/10 | 600.00 | 240.00 | 360.00 | 360.00 | .00 |
| 40011 - Computer | 16008 | OWN | 05/31/10 | 913.00 | 319.50 | 593.50 | 593.50 | .00 |
| 40012 - Computer Best Buy | 16008 | OWN | 06/10/10 | 614.00 | 214.94 | 399.06 | 399.06 | .00 |
| 40013 - Computer Jonah | 16008 | OWN | 01/01/10 | 1,074.00 | 429.50 | 644.50 | 644.50 | .00 |
| 40014 - 2/1/2010 | 16008 | OWN | 01/01/10 | 522.00 | 208.63 | 313.37 | 313.37 | .00 |
| 40015 - Camera | 16008 | OWN | 10/01/10 | 718.00 | 215.41 | 502.59 | 502.59 | .00 |
| 40016 - Projector | 16008 | OWN | 12/31/10 | 408.00 | 20.39 | 387.61 | 387.61 | .00 |
| 40017 - Computer Steve L | 16008 | OWN | 10/08/10 | 1,158.00 | 289.50 | 868.50 | 868.50 | .00 |
| 40018 - Computer | 16008 | OWN | 08/27/10 | 1,131.00 | 339.29 | 791.71 | 791.71 | .00 |
| 40019 - Computer Distribution | 16008 | OWN | 01/01/11 | 489.00 | 97.87 | 391.13 | 391.13 | .00 |
| 40020 - Computer Accounting | 16008 | OWN | 04/26/10 | 853.00 | 298.67 | 554.33 | 554.33 | .00 |
| 40021 - Computer Accounting | 16008 | OWN | 12/23/10 | 668.00 | 33.42 | 634.58 | 634.58 | .00 |
| 40022 - Laptop John M | 16008 | OWN | 02/28/11 | 724.00 | 144.72 | 579.28 | 579.28 | .00 |
| 40023 - Computer | 16008 | OWN | 12/31/10 | 791.00 | 39.53 | 751.47 | 751.47 | .00 |
| 40024 - Computer Contractor Service | 16008 | OWN | 05/25/11 | 510.00 | 76.55 | 433.45 | 433.45 | .00 |
| 40025 - Computer-Rob Hymes | 16008 | OWN | 04/01/11 | 606.11 | 90.92 | 515.19 | 515.19 | .00 |
| 40026 - Computer | 16008 | OWN | 07/30/10 | 786.00 | 235.86 | 550.14 | 550.14 | .00 |
| 40027 - Computer | 16008 | OWN | 06/01/10 | 546.00 | 163.83 | 382.17 | 365.82 | 16.35 |
| 40028 - Cloud Phone System-Ring C | 16008 | OWN | 10/01/11 | 11,757.00 | 587.85 | 11,169.15 | 11,169.15 | .00 |
| 40029 - Computer | 16008 | OWN | 11/02/10 | 1,125.00 | 56.26 | 1,068.74 | 1,068.74 | .00 |
| 40030 - 3 solar assets | 16008 | OWN | 02/10/10 | 1,637.00 | 654.67 | 982.33 | 982.33 | .00 |
| 40031 - Q's Computer | 16008 | OWN | 05/01/10 | 647.00 | 226.36 | 420.64 | 420.64 | .00 |
| 40032 - Petty Cash Purchase | 16008 | OWN | 09/10/10 | 500.00 | 150.00 | 350.00 | 350.00 | .00 |
| 40033 - S Gordon Computer | 16008 | OWN | 11/01/10 | 847.00 | 211.75 | 635.25 | 635.25 | .00 |
| 40034 - Fall Restraints | 16008 | OWN | 01/20/11 | 615.00 | 122.94 | 492.06 | 492.06 | .00 |
| 40035 - Marketing Laptop | 16008 | OWN | 05/27/11 | 495.00 | 74.30 | 420.70 | 420.70 | .00 |

Home Power, Inc.
## Schedule of Depreciation
*** Asset Detail ***
01/31/12 To 04/30/17
REMAI - Remainder of Year Depreciation

Sorted by Category No/Asset No

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| 40036  - Engineering computer | 16008 | OWN | 06/29/11 | 1,011.00 | 151.70 | 859.30 | 859.30 | .00 |
| 40037 - Norcal laptop | 16008 | OWN | 07/20/11 | 383.00 | 38.31 | 344.69 | 344.69 | .00 |
| 40038 - 3 new hard drives | 16008 | OWN | 07/26/11 | 765.00 | 76.50 | 688.50 | 688.50 | .00 |
| 40039 - Vinci & Assoc Purchase | 16008 | OWN | 08/09/11 | 163.00 | 16.32 | 146.68 | 146.68 | .00 |
| 40040 - Powells | 16008 | OWN | 08/09/11 | 216.00 | 21.55 | 194.45 | 194.45 | .00 |
| 40041  - Best Buy Computer for Engi | 16008 | OWN | 08/12/11 | 1,021.00 | 102.08 | 918.92 | 918.92 | .00 |
| 40042 - Ring Central Headsets | 16008 | OWN | 11/11/11 | 2,759.00 | 137.96 | 2,621.04 | 2,621.04 | .00 |
| 40043 - D Halperin Computer | 16008 | OWN | 11/17/11 | 788.00 | 11.45 | 776.55 | 776.55 | .00 |
| 40044 - Publisher CD | 16008 | OWN | 12/02/11 | 155.00 | .00 | 155.00 | 155.00 | .00 |
| 40045 - Ring Central Phones | 16008 | OWN | 12/01/11 | 1,457.00 | .00 | 1,457.00 | 1,457.00 | .00 |
| 40046 - Additionl Ring Central heads | 16008 | OWN | 12/02/11 | 1,380.00 | .00 | 1,380.00 | 1,380.00 | .00 |
| 40047 - Camera & headset | 16008 | OWN | 12/13/11 | 230.00 | .00 | 230.00 | 230.00 | .00 |
| 40048 - Desert Laptop | 16008 | OWN | 12/20/11 | 571.00 | .00 | 571.00 | 571.00 | .00 |
| 40049 - Addl Ring Central Phone | 16008 | OWN | 03/01/12 | 920.00 | .00 | 920.00 | 920.00 | .00 |
| 40050 - TV Conf room | 16008 | OWN | 01/07/13 | 469.39 | .00 | 469.39 | 469.39 | .00 |
| 40051 - Computer Hollie | 16008 | OWN | 01/21/13 | 648.96 | .00 | 648.96 | 648.96 | .00 |
| 40053 - Com PC Comp | 16008 | OWN | 01/22/13 | 915.16 | .00 | 915.16 | 915.16 | .00 |
| 40057 - Engineer Computer | 16008 | OWN | 03/31/13 | 1,234.18 | .00 | 1,234.18 | 1,234.18 | .00 |
| 40058 - Ring Central Phones | 16008 | OWN | 05/03/13 | 1,776.65 | .00 | 1,776.65 | 1,776.65 | .00 |
| 40059 - Dell Router | 16008 | OWN | 05/22/13 | 622.36 | .00 | 622.36 | 622.36 | .00 |
| 40060 - Projector Downstairs | 16008 | OWN | 06/15/13 | 1,078.92 | .00 | 1,078.92 | 1,078.92 | .00 |
| 40062 - TV Upstairs | 16008 | OWN | 01/01/14 | 2,093.03 | .00 | 2,093.03 | 2,093.03 | .00 |
| 40064 - Computer | 16008 | OWN | 02/01/13 | 647.98 | .00 | 647.98 | 647.98 | .00 |
| 40065 - Computer | 16008 | OWN | 02/15/13 | 781.56 | .00 | 781.56 | 781.56 | .00 |
| 40066 - Computer | 16008 | OWN | 03/31/13 | 465.47 | .00 | 465.47 | 465.47 | .00 |
| 40067 - Laptop | 16008 | OWN | 03/31/13 | 893.39 | .00 | 893.39 | 893.39 | .00 |
| 40068 - Gerard laptop | 16008 | OWN | 06/30/13 | 651.98 | .00 | 651.98 | .00 | 651.98 |
| 40069 - Computer | 16008 | OWN | 09/16/13 | 564.91 | .00 | 564.91 | 564.91 | .00 |
| 40070 - Engineering Computers | 16008 | OWN | 09/30/13 | 1,761.74 | .00 | 1,761.74 | 1,761.74 | .00 |
| 40071 - Cables | 16008 | OWN | 12/07/13 | 272.46 | .00 | 272.46 | 272.46 | .00 |
| 40072 - Laptop Trays | 16008 | OWN | 12/13/13 | 324.00 | .00 | 324.00 | 324.00 | .00 |
| 40073 - Laptop trays | 16008 | OWN | 12/13/13 | 106.83 | .00 | 106.83 | 106.83 | .00 |
| 40074 - Chairs | 16008 | OWN | 12/18/13 | 2,138.40 | .00 | 2,138.40 | 2,138.40 | .00 |
| 40075 - Engineering Server Dell | 16008 | OWN | 08/31/14 | 3,230.00 | .00 | 3,230.00 | 2,781.39 | 448.61 |
| 40076 - Marketing Laptop | 16008 | OWN | 08/31/14 | 999.24 | .00 | 999.24 | 860.47 | 138.77 |
| 40077 - Dawns Computer and Monito | 16008 | OWN | 11/07/14 | 758.92 | .00 | 758.92 | 590.26 | 168.66 |
| 40078 - Projector for Main Conf Roor | 16008 | OWN | 01/12/15 | 863.99 | .00 | 863.99 | 624.00 | 239.99 |
| 40079 - Head Sets and GPS | 16008 | OWN | 01/30/15 | 667.38 | .00 | 667.38 | 482.00 | 185.38 |
| 60001 - Suneye's | 16008 | OWN | 04/30/10 | 3,774.00 | 1,321.45 | 2,452.55 | 2,452.55 | .00 |
| 60004 - Fork Lift NorCal | 16008 | OWN | 06/01/11 | 2,300.00 | 345.00 | 1,955.00 | 1,955.00 | .00 |
| 60017 - Furniture Murrieta | 16008 | OWN | 05/02/11 | 600.00 | 90.00 | 510.00 | 448.92 | 61.08 |
| 80021 - Chairs Conference Room | 16008 | OWN | 10/28/10 | 390.00 | 97.49 | 292.51 | 282.75 | 9.76 |
| 80022 - Blinds | 16008 | OWN | 10/01/10 | 415.00 | 103.75 | 311.25 | 300.89 | 10.36 |
| | | Category Total: | | 114,233.44 | 29,394.74 | 84,838.70 | 81,143.44 | 3,695.26 |

**16010 - Furnature & Fixtures**

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| 40061 - Small Rounds | 16010 | OWN | 06/15/13 | 895.16 | .00 | 895.16 | 479.56 | 415.60 |
| 60031 - Ice Machine Murreta | 16010 | OWN | 05/03/13 | 1,618.00 | .00 | 1,618.00 | 1,618.00 | .00 |
| 60032 - Ice Machine Nor Cal | 16010 | OWN | 05/03/13 | 998.00 | .00 | 998.00 | 998.00 | .00 |
| 80001 - Office Furniture - Blond | 16010 | OWN | 06/27/07 | 26.00 | 20.20 | 5.80 | 5.80 | .00 |
| 80002 - Murrieta Office - Desk, Chair | 16010 | OWN | 06/27/07 | 397.00 | 308.43 | 88.57 | 88.57 | .00 |

**Schedule of Depreciation**
**\*\*\* Asset Detail \*\*\***
**01/31/12 To 04/30/17**
**REMAI - Remainder of Year Depreciation**

Sorted by Category No/Asset No

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| 80003 - Murrieta Office - Front Office | 16010 | OWN | 06/27/07 | 1,198.00 | 930.73 | 267.27 | 267.27 | .00 |
| 80004 - Sacramento Office Furniture | 16010 | OWN | 06/27/07 | 800.00 | 621.52 | 178.48 | 178.48 | .00 |
| 80005 - Jonah's Office Furniture | 16010 | OWN | 06/27/07 | 200.00 | 155.38 | 44.62 | 44.62 | .00 |
| 80006 - 6 Filing Cabinets | 16010 | OWN | 06/27/07 | 600.00 | 466.14 | 133.86 | 133.86 | .00 |
| 80007 - 2 Supply Cabinets | 16010 | OWN | 06/27/07 | 200.00 | 155.38 | 44.62 | 44.62 | .00 |
| 80008 - Receptionist Area Furniture | 16010 | OWN | 06/27/07 | 1,198.00 | 930.73 | 267.27 | 267.27 | .00 |
| 80009 - Chairs | 16010 | OWN | 08/16/07 | 302.00 | 234.62 | 67.38 | 67.38 | .00 |
| 80010 - Sacramento Conf Table Cha | 16010 | OWN | 08/02/07 | 634.00 | 492.55 | 141.45 | 141.45 | .00 |
| 80011 - Training Room | 16010 | OWN | 01/01/08 | 743.00 | 510.89 | 232.11 | 232.11 | .00 |
| 80012 - Desk Bookshelf-Accounting | 16010 | OWN | 01/01/08 | 637.00 | 438.00 | 199.00 | 198.99 | .01 |
| 80013 - Storage Cabinet Conference | 16010 | OWN | 02/10/08 | 239.00 | 164.34 | 74.66 | 74.66 | .00 |
| 80014 - Cubicals | 16010 | OWN | 01/01/08 | 1,194.00 | 820.65 | 373.35 | 372.99 | .36 |
| 80015 - Cubicals | 16010 | OWN | 02/06/08 | 1,194.00 | 820.65 | 373.35 | 372.99 | .36 |
| 80016 - PM Furniture | 16010 | OWN | 10/21/08 | 1,392.00 | 957.14 | 434.86 | 434.86 | .00 |
| 80018 - Cubicals | 16010 | OWN | 07/01/10 | 5,742.00 | 1,641.06 | 4,100.94 | 4,100.94 | .00 |
| 80019 - Furniture Desks | 16010 | OWN | 01/13/12 | 668.00 | .00 | 668.00 | 493.05 | 174.95 |
| 80020 - Furniture - PD | 16010 | OWN | 02/17/12 | 862.00 | .00 | 862.00 | 625.96 | 236.04 |
| 80023 - Conference Table and Chairs | 16010 | OWN | 12/04/12 | 2,028.93 | .00 | 2,028.93 | 1,256.00 | 772.93 |
| 80024 - Mid Back Chairs 6 | 16010 | OWN | 11/13/12 | 704.69 | .00 | 704.69 | 436.24 | 268.45 |
| 80025 - Desks Acct and Eng | 16010 | OWN | 02/14/13 | 3,930.00 | .00 | 3,930.00 | 3,209.50 | 720.50 |
| 80026 - Furnature Desert | 16010 | OWN | 03/01/13 | 1,130.76 | .00 | 1,130.76 | 646.16 | 484.60 |
| 80027 - File Cabs | 16010 | OWN | 06/04/13 | 427.68 | .00 | 427.68 | 229.12 | 198.56 |
| 80028 - Conference Tables (3) | 16010 | OWN | 03/08/13 | 2,375.00 | .00 | 2,375.00 | 1,357.15 | 1,017.85 |
| 80029 - Front Office | 16010 | OWN | 05/24/13 | 1,956.55 | .00 | 1,956.55 | 1,500.02 | 456.53 |
| 80030 - Lunch Room | 16010 | OWN | 05/28/13 | 1,304.00 | .00 | 1,304.00 | 999.72 | 304.28 |
| | | | **Category Total:** | 35,594.77 | 9,668.41 | 25,926.36 | 20,875.34 | 5,051.02 |
| | | | **Report Total:** | 1,729,789.77 | 305,463.15 | 1,424,326.62 | 869,465.21 | 554,861.41 |

**Schedule of Depreciation**
**\*\*\* Category Summary \*\*\***
**01/31/12 To 04/30/17**

| Category | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|
| 16000 - Leasehold Improvements | 67,776.06 | 3,546.61 | 64,229.45 | 20,601.33 | 43,628.12 |
| 16002 - Machinery & Equipment | 81,275.92 | 21,276.49 | 59,999.43 | 40,854.62 | 19,144.81 |
| 16004 - Vehicles | 1,378,935.69 | 234,654.67 | 1,144,281.02 | 663,438.80 | 480,842.22 |
| 16006 - Software | 51,973.89 | 6,922.23 | 45,051.66 | 42,551.68 | 2,499.98 |
| 16008 - Office Equipment | 114,233.44 | 29,394.74 | 84,838.70 | 81,143.44 | 3,695.26 |
| 16010 - Furnature & Fixtures | 35,594.77 | 9,668.41 | 25,926.36 | 20,875.34 | 5,051.02 |
| **Report Total:** | 1,729,789.77 | 305,463.15 | 1,424,326.62 | 869,465.21 | 554,861.41 |

**Schedule of Depreciation**
**\*\*\* Asset Detail \*\*\***
**01/31/12 To 12/31/17**
**REMAI - Remainder of Year Depreciation**

**Sorted by Category No/Asset No**

| Asset | Category | Status | Purchase Date | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|---|---|---|
| **19098 - Amort** | | | | | | | | |
| 900001  - Greenzu IP | 19098 | OWN | 03/01/13 | 30,000.00 | .00 | 30,000.00 | 8,000.01 | 21,999.99 |
| 900002  - Greenzu IP 2 | 19098 | OWN | 05/09/13 | 20,000.00 | .00 | 20,000.00 | 5,111.10 | 14,888.90 |
| | | **Category Total:** | | 50,000.00 | .00 | 50,000.00 | 13,111.11 | 36,888.89 |
| | | **Report Total:** | | 50,000.00 | .00 | 50,000.00 | 13,111.11 | 36,888.89 |

**Hello Power, Inc.**

**Schedule of Depreciation**
**\*\*\* Category Summary \*\*\***
**01/31/12 To 12/31/17**

| Category | Purchase Price | Prior Depreciation | Prior Book | Current Depreciation | Current Book |
|---|---|---|---|---|---|
| 19098 - Amort | 50,000.00 | .00 | 50,000.00 | 13,111.11 | 36,888.89 |
| **Report Total:** | 50,000.00 | .00 | 50,000.00 | 13,111.11 | 36,888.89 |

| Fill in this information to identify the case: |
|---|

Debtor name **HelioPower Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-12099**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Internal Revenue Service** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

Describe debtor's property that is subject to a lien: **Unknown** / **$0.00**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Sierra Nevada Solar, Inc** | **$1,302,391.34** | **$0.00** |
|---|---|---|---|

Creditor's Name

**710 5th St**
**Prescott, AZ 86301**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **HelioPower Inc.** | Case number (if know) | **17-12099** |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,302,391.34

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **HelioPower Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-12099**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California DMV**<br>**2415 1st Ave., Mail Station F101**<br>**Sacramento, CA 95818-2606** | **$1,508.00** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

|  | | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**PO Bo x 942867**<br>**Sacramento, CA 94267** | **$130.00** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     38067     Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | | Case number (if known) | **17-12099** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$722.69** | **$0.00** |
|---|---|---|---|---|

**California State Disbursement**
**PO Box 989067**
**West Sacramento, CA 95798**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,642.15** | **$0.00** |
|---|---|---|---|---|

**City of Los Angeles**
**200 N. Springs St.**
**Los Angeles, CA 90012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**City of Menifee**
**29714 Haun Rd.**
**Sun City, CA 92586**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$950.00** | **$0.00** |
|---|---|---|---|---|

**City of Murrieta**
**One Town Square**
**24601 Jefferson Avenue**
**Murrieta, CA 92562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**DMV Renewal**
**P. O. Box 942897**
**Sacramento, CA 94294**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$128,194.13** | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$636,814.18** | $0.00 |
|---|---|---|---|---|

**State of CA Board of Equalization**
**P.O. Box 942879**
**Sacramento, CA 94279**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**24-7 Plumbing and Drain**
**P. O. Box 612**
**Murrieta, CA 92564**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29.85** |
|---|---|---|---|

**91 Express Lanes**
**2275 Sampson Ave Ste 100,**
**Corona, CA 92879**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | Case number (*if known*) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,227.00** |
|---|---|---|---|

**Above and Beyond Roofing**
**40875 Carter Lane**
**Bermuda Dunes, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,600.00** |
|---|---|---|---|

**AC Electric**
**33959 Galleron Street**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Equipment

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00** |
|---|---|---|---|

**Advanced Industrial Care**
**2481 Pacheco Street**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,856.99** |
|---|---|---|---|

**AFCO**
**c/o Owen & Company**
**Attn: Arica Dunlap**
**1455 Response Rd.**
**Sacramento, CA 95815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
|---|---|---|---|

**Affordable Roofing Services**
**13581 Gold Medal Avenue**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,197.06** |
|---|---|---|---|

**Aflac Insurance**
**Aflac Worldwide Headquarters**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237.49** |
|---|---|---|---|

**Ahley Campagna**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.30 |
|---|---|---|---|

**Air Conditioning Unlimited Inc.**
**18017 Chatsworth Street**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,318.53 |
|---|---|---|---|

**Air Vol**
**1 Suburban Road**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Alan Sipole**
**351 Rancho Camino**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**All Phase Electric Supply**
**731 North Market Blvd.**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980.00 |
|---|---|---|---|

**All Pro Drywall**
**40797 Dakota Springs Way**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,800.00 |
|---|---|---|---|

**Allen Ansara**
**10701 Ring Ave**
**Rancho Cucamonga, CA 91737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.76 |
|---|---|---|---|

**Alsco**
**PO Box 25068**
**Anaheim, CA 92825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243.00** |
|---|---|---|---|

**Amcor Sierra Building Products**
**10714 Poplar Avenue**
**Fontana, CA 92337**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,052.32** |
|---|---|---|---|

**American Technologies, Inc.**
**210 Baywood Avenue**
**Orange, CA 92865**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Equipment_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**AMSprotectme.com**
**P. O. Box 14323**
**Palm Desert, CA 92255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Anaiss Seabastian**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**ARCPOINT**
**3237 Alhambra Avenue**
**Martinez, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Ari-thane**
**1530 N. Missile Way**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Sub-contractor professional services_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,240.79** |
|---|---|---|---|

**Baja Construction Co., Inc.**
**223 Foster Street**
**Martinez, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$254,596.78** |
|---|---|---|---|
| | **Bank of America** | ☐ Contingent | |
| | **Bankcard Center** | ☐ Unliquidated | |
| | **P.O. Box 982238** | ☐ Disputed | |
| | **El Paso, TX 79998-2238** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Credit card_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,600.00** |
|---|---|---|---|
| | **Bartlett** | ☐ Contingent | |
| | **1436 Cloudstone Ln** | ☐ Unliquidated | |
| | **Hemet, CA 92545** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,440.80** |
|---|---|---|---|
| | **Basem Bishay** | ☐ Contingent | |
| | **220 Palm Place** | ☐ Unliquidated | |
| | **Pomona, CA 91767** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,909.90** |
|---|---|---|---|
| | **Bay Alarm** | ☐ Contingent | |
| | **P. O. Box 7137** | ☐ Unliquidated | |
| | **San Francisco, CA 94120** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Ben Hamilton** | ☐ Contingent | |
| | **7968 McConnell Ave.** | ☐ Unliquidated | |
| | **Los Angeles, CA 90045** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|
| | **Big Horn Homeowners Association** | ☐ Contingent | |
| | **255 Palowet Drive** | ☐ Unliquidated | |
| | **Palm Desert, CA 92260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,500.00** |
|---|---|---|---|
| | **Bill Horan** | ☐ Contingent | |
| | **270 N. El Camino Real, Ste. F 344** | ☐ Unliquidated | |
| | **Encinitas, CA 92024** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Bill Silva**
**1862 Rising Glen Road**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,134.85** |
|---|---|---|---|

**Bradford Charles Fults**
**28643 Avocado Place**
**Santa Clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,118.70** |
|---|---|---|---|

**Brenda Freeman**
**4256 Hillside Dr.**
**Banning, CA 92220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Bryan White**
**18650 Hawksberry Drive**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.35** |
|---|---|---|---|

**Bryce Fasteners**
**1230 N. Mondel Drive**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,922.00** |
|---|---|---|---|

**Burlingame Bay EVGO**
**577 Airport Blvd., Suite 100**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Customer Contract

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Byron Countryman**
**31062 Paseo Ranchero**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.71 |
|---|---|---|---|

**Cal Chamber**
P. O. Box 526020
Sacramento, CA 95852

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,862.36 |
|---|---|---|---|

**California Apprenticeship**
P. O. Box 420603
San Francisco, CA 94142

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.71 |
|---|---|---|---|

**California Chambers**
PO Box 526020
Sacramento, CA 95852

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,878.33 |
|---|---|---|---|

**California Choice Benefit Administrators**
P.O. Box 7088
Orange, CA 92863

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,692.86 |
|---|---|---|---|

**California Solar Electric**
302 N. Montgomery Street
Ojai, CA 93023

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,463.14 |
|---|---|---|---|

**California Solar Exchange, LLC**
173 East Holley Avenue
El Segundo, CA 90245

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,106.14 |
|---|---|---|---|

**Call & Jensen**
610 Newport Center Drive
Newport Beach, CA 92660

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HelioPower Inc.** | | Case number (if known) | **17-12099** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,489.13** |
| --- | --- | --- | --- |

**Canadian Solar (USA) Inc.**
**3000 Oak Road**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Equipment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.00** |
| --- | --- | --- | --- |

**CED Temecula**
**P. O. Box 509079**
**San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$830.00** |
| --- | --- | --- | --- |

**Central Valley Testing**
**P. O. Box 2669**
**Visalia, CA 93279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$970.00** |
| --- | --- | --- | --- |

**CGI Technical Services, Inc.**
**1612 Wedding Way**
**Redding, CA 96003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| --- | --- | --- | --- |

**Charles Feldbaum**
**43 Miranda Cir.**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| --- | --- | --- | --- |

**Chris Castillon**
**1604 Delmar Rd.**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| --- | --- | --- | --- |

**Christian Luzar**
**41386 Aerodome Ave.**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|
| **Clint Beymer** | ☐ Contingent | |
| **24781 Spadra Ln.** | ☐ Unliquidated | |
| **Mission Viejo, CA 92691** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|
| **CMR Construction, Inc.** | ☐ Contingent | |
| **P. O. Box 5849** | ☐ Unliquidated | |
| **La Quinta, CA 92248** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Commercial Trade, Inc.** | ☐ Contingent | |
| **c/o Sandra Kuhn McCormack, Esq.** | ☐ Unliquidated | |
| **5330 Office Center Crt., Suite C** | ☐ Disputed | |
| **Bakersfield, CA 93309** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,467.10 |
|---|---|---|
| **Concord Disposal Service** | ☐ Contingent | |
| **P. O. Box 5397** | ☐ Unliquidated | |
| **Concord, CA 94524** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,584.00 |
|---|---|---|
| **Concord Industrial Park IV, LP** | ☐ Contingent | |
| **4080 Port Chicago Highway** | ☐ Unliquidated | |
| **Concord, CA 94520** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.75 |
|---|---|---|
| **Conway Frreight Inc.** | ☐ Contingent | |
| **PO Box 5160** | ☐ Unliquidated | |
| **Portland, OR 97208** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.00 |
|---|---|---|
| **Cool Air Solutions** | ☐ Contingent | |
| **41162 Sandalwood Circle** | ☐ Unliquidated | |
| **Murrieta, CA 92562** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|

CTE Inc.
1441 Montiel Road, Suite 115
Escondido, CA 92026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

Dass Structural Engineers
1300 Adams Ave
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

David Aiken
1445 North Avenida Cavalleros
Palm Springs, CA 92262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

David DeFluiter
3 Duray Ct.
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

David McFadden
38380 Descanso Cir.
Cathedral City, CA 92234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

David Nicothodes
5190 Gallo Ct
Rancho Cucamonga, CA 91739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,024.39 |
|---|---|---|---|

Dean Porter
68355 Skyway Dr.
Cathedral City, CA 92234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Debbie Landa**
503-1328 Marinaside Cr.
Vancouver, B.C. Canada

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $718.80 |
|---|---|---|---|

**Desert Alarm, Inc.**
73-168 Highway 111, Suite 204
Palm Desert, CA 92260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Desert Elite Group, LLC**
P.O. Box 11924
Palm Desert, CA 92255

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Dhnesh Pore**
43140 Avenida San Pasqual
Temecula, CA 92592

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Diana Bordelon**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,050.00 |
|---|---|---|---|

**DocuSign**
1301 2nd Avenue, Suite 2000
Seattle, WA 98101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264,744.34 |
|---|---|---|---|

**Duncan Bolt**
8535 Dice Road
Santa Fe Springs, CA 90670

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Equipment_

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **HelioPower Inc.** | | Case number (if known) | **17-12099** |
|---|---|---|---|---|
| | Name | | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.45 |
|---|---|---|---|
| | **Dynamic Systems** | ☐ Contingent | |
| | **6430 Pleasant Street** | ☐ Unliquidated | |
| | **South Park, PA 15129** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,437.73 |
|---|---|---|---|
| | **EDD** | ☐ Contingent | |
| | **PO Box 989061** | ☐ Unliquidated | |
| | **West Sacramento, CA 95798** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,112.80 |
|---|---|---|---|
| | **Eduardo Garcia** | ☐ Contingent | |
| | **7550 Sunkist Dr.** | ☐ Unliquidated | |
| | **Oakland, CA 94605** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|
| | **Eisenhower Occupational Health** | ☐ Contingent | |
| | **Dept 3123** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084-3123** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,211.45 |
|---|---|---|---|
| | **Energi Insurance** | ☐ Contingent | |
| | **1000 Aviara Okwy #D** | ☐ Unliquidated | |
| | **Bakersfield, CA 93301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.50 |
|---|---|---|---|
| | **Engineered Power Solutions** | ☐ Contingent | |
| | **1405 Spring Street** | ☐ Unliquidated | |
| | **Paso Robles, CA 93446** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Enterprise Fleet Service** | ☐ Contingent | |
| | **P.O. Box 800089** | ☐ Unliquidated | |
| | **Kansas City, MO 64180-0089** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$402.50**

**Ethos Distributed Solutions**
390 Youngfield St.
Wheat Ridge, CO 80033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,104.35**

**Fallbrook Awards**
235 E. Mission Rd., Suite C
Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

**Fallbrook Chamber of Commerce**
233 E. Mission Rd.
Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,013.03**

**Family Custom Designs, LLC**
1050 Nevada St.
Redlands, CA 92374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.24**

**Fed Ex Freight**
P.O. Box 21415
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Fish Window Cleaning**
P.O. Box GE
Beaumont, CA 92223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,852.50**

**Five Star Electric**
903 Industry Way, Suite A
El Centro, CA 92243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Sub-contractor professional services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151.82** |
|---|---|---|---|

**Focused Energy, LLC**
**1730 Camino Carlos Rey**
**Santa Fe, NM 87507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Frank Fossati**
**23005 Cecelia**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$352.62** |
|---|---|---|---|

**Fresno Neon Sign Company, Inc.**
**5901 E. Clinton Ave.**
**Fresno, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186.98** |
|---|---|---|---|

**Frontier Communications**
**P.O. Box 740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,623.13** |
|---|---|---|---|

**G&C Industrial Electric**
**634 S. State College Blvd.**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Gary Ewaska**
**11 Covington Dr.**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**General Pacific Inc.**
**P.O. Box 70**
**Fairview, OR 97024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,525.00** |
|---|---|---|---|
| | **General Tree, Inc.** | ☐ Contingent | |
| | **4811 Kimber Avenue** | ☐ Unliquidated | |
| | **Bakersfield, CA 93307** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$463.87** |
|---|---|---|---|
| | **Golden Gate Overnight** | ☐ Contingent | |
| | **P.O. Box 10877** | ☐ Unliquidated | |
| | **Pleasanton, CA 94588** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Greenberg Traurig** | ☐ Contingent | |
| | **3333 Piedmont Road NE, Suite 2500** | ☐ Unliquidated | |
| | **Atlanta, GA 30305** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,365.05** |
|---|---|---|---|
| | **Gregg Garfield** | ☐ Contingent | |
| | **4666 Farmdale Ave.** | ☐ Unliquidated | |
| | **North Hollywood, CA 91602** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **H&D Plastering** | ☐ Contingent | |
| | **1260 Apple Dr.** | ☐ Unliquidated | |
| | **Concord, CA 94518** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,606.40** |
|---|---|---|---|
| | **Hanching Ho** | ☐ Contingent | |
| | **33455 Summerset Rd.** | ☐ Unliquidated | |
| | **Yucaipa, CA 92399** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Harlin Rollin** | ☐ Contingent | |
| | **26955 Cotswold Dr.** | ☐ Unliquidated | |
| | **Canyon Country, CA 91387** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,229.96** |
|---|---|---|---|
| | **Haulaway Storage Containers**<br>**P.O. Box 186**<br>**Stanton, CA 90680-0186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,443.00** |
|---|---|---|---|
| | **Hayden Industries**<br>**1393 E. San Bernardino Ave.**<br>**San Bernardino, CA 92408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,796.72** |
|---|---|---|---|
| | **Healthpointe Med Group**<br>**16702 Valley View Ave.**<br>**La Mirada, CA 90638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hero**<br>**16620 W. Bernardo Dr.**<br>**San Diego, CA 92127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,796.72** |
|---|---|---|---|
| | **Hertz**<br>**225 Brae Blvd.**<br>**Park Ridge, NJ 07656** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,008.86** |
|---|---|---|---|
| | **Holland & Hart**<br>**P.O. Box 17283**<br>**Denver, CO 80217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,607.56** |
|---|---|---|---|
| | **Home Depot Credit Services**<br>**P.O. Box 6031**<br>**The Lakes, NV 88901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |
|---|---|---|---|

**Hotels.com**
**10440 N. Central Expwy**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,515.56 |
|---|---|---|---|

**Hyundai-Korea**
**21250 Hawthorne Blvd.**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Equipment__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,219.36 |
|---|---|---|---|

**Image Source**
**650 East Hospitality Ln., Suite 540**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.26 |
|---|---|---|---|

**Imperial Irrigation District**
**P.O. Box 937**
**Imperial, CA 92251-0937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,189.88 |
|---|---|---|---|

**Industrial Metal Supply**
**301 Main St.**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |
|---|---|---|---|

**Innovative Structural Engineer**
**40810 County Center Drive**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**JC Construction**
**3305 W. Holland**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **HelioPower Inc.** | | Case number *(if known)* | **17-12099** |
|---|---|---|---|---|
| | Name | | | |

---

**3.115** Nonpriority creditor's name and mailing address
**Jean Harris**
**PO Box 376**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred  03/30/2017
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,060.85**

---

**3.116** Nonpriority creditor's name and mailing address
**John Hagan**
**294 Franklin St.**
**Napa, CA 94559**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.117** Nonpriority creditor's name and mailing address
**Jose Sison**
**2349 W. 91st St.**
**Los Angeles, CA 90045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.118** Nonpriority creditor's name and mailing address
**Judith Schurr**
**7643 Shoshone Dr.**
**Indian Wells, CA 92210-8851**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$582.60**

---

**3.119** Nonpriority creditor's name and mailing address
**K. Keith**
**2611 San Andrea Way**
**Claremont, CA 91711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.120** Nonpriority creditor's name and mailing address
**K.C. Propane**
**P.O. Box 17652**
**Anaheim, CA 92807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$232.03**

---

**3.121** Nonpriority creditor's name and mailing address
**K2 Development**
**1011 Parkview Ave., Suite A**
**Redding, CA 96001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$18,500.00**

---

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $193.75 |
|---|---|---|---|

**Konica Minolta Main**
**Maint Dept 22988**
**Pasadena, CA 91185-2988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,275.40 |
|---|---|---|---|

**Konica Minolta QDS Lease**
**P.O. Box 100706**
**Pasadena, CA 91189-0706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,480.00 |
|---|---|---|---|

**Krames StayWell, LLC**
**P.O. Box 90477**
**Chicago, IL 60696-0477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Krannich Solar**
**3801 Ocean Ranch Blvd.**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Linda Greenburg**
**78400 Discovery Bay**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $762.20 |
|---|---|---|---|

**Locus Energy**
**2 Hudson Place, 6th Floor**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.00 |
|---|---|---|---|

**Lowe**
**22484 Amber Eve Dr**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lynch Horne**
**520 Desert West Dr.**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,105.00 |
|---|---|---|---|

**Magnolia Heating & Cooling Inc.**
**6990 Jurupa Ave.**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,271.98 |
|---|---|---|---|

**Marathon Reprographics**
**41571 Corning Place, Suite 112**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $551.14 |
|---|---|---|---|

**Mareen Alstede**
**4052 Valley Vista Dr.**
**  CA 91707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $342.00 |
|---|---|---|---|

**Matthew Noonan**
**1027 Enamor Court**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,820.26 |
|---|---|---|---|

**McMaster-Carr Supply Co.**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,613.75 |
|---|---|---|---|

**MD Concrete Cutting**
**2916 Gibson St.**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | | Case number (if known) | **17-12099** |
|---|---|---|---|---|
| | Name | | | |

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$231.00**

**MedPost Urgent Care**
**P.O. Box 740189**
**Los Angeles, CA 90074-0189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,942.86**

**Michael Horne**
**21 Bellissimo**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Michael Maloney**
**1002 Hermes Ave.**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michelle Schmehl**
**30923 Wondflower Ln.**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Mike Williams**
**72 Calle Rivero**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.82**

**Mobile Mini**
**P.O. Box 79149**
**Phoenix, AZ 85062-9149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Nat Harty**
**1421 Seacrest**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,077.10** |
|---|---|---|---|

**National Construction Rentals**
P.O. Box 4503
Pacoima, CA 91333-4503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,460.68** |
|---|---|---|---|

**New Home Solar Power, Inc.**
605 Market Street, Suite 900
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,171.78** |
|---|---|---|---|

**No Limit Concrete Pumping**
P.O. Box 733
Byron, CA 94514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Norman Scheel Structural**
5022 Sunrise Boulevard
Fair Oaks, CA 95628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$131,670.00** |
|---|---|---|---|

**North County Fence, Inc.**
29690 Cottonwood Cove Drive
Menifee, CA 92584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Subcontractor Professional Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,450.00** |
|---|---|---|---|

**Nowadays Solar**
1626 N. Pointsettia Pl.
Los Angeles, CA 90046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$187.00** |
|---|---|---|---|

**Office Products**
41765 Elm Street
Murrieta, CA 92562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HelioPower Inc.** | | Case number *(if known)* | **17-12099** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Old Republic Surety Group**
**P.O. Box 1635**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.86** |
|---|---|---|---|

**OnTrac**
**PO BOX 841664**
**Los Angeles, CA 90084-1664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Orie2 Engineering Inc**
**9750 Miramar Road Ste 310**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$128,194.13** |
|---|---|---|---|

**Orion Solar Racking**
**2917 Vail Ave**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Subcontractor professional services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222.06** |
|---|---|---|---|

**Orkin Pest Control**
**P.O. Box 7161**
**Pasadena, CA 91109-7161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Ortiz Construction Services**
**7161 McNeil Lane**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,521.45** |
|---|---|---|---|

**Owen-Dunn Insurance Services**
**1455 Response Rd., #260**
**Sacramento, CA 95815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|

| | |
|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,985.20** |
|---|---|---|
| Pac-Van<br>9155 Harrison Park Court<br>Indianapolis, IN 46216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,195.00** |
|---|---|---|---|
| | Paul Davis Restoration<br>9767 Aspen Creek Cl<br>San Diego, CA 92126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$166.00** |
|---|---|---|---|
| | Peak Rood Management, Inc.<br>PO Box 580368<br>North Palm Springs, CA 92258 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$87.97** |
|---|---|---|---|
| | Penske Truck Leasing Co.  L.P.<br>PO Box 7429<br>Pasadena, CA 91109-7429 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$353.08** |
|---|---|---|---|
| | Personnel Concepts<br>PO Box 5750<br>Carol Stream, IL 60197-5750 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | PFF Inc., dba Five Star Electric<br>c/o Pamela Scholefield<br>10815 Rancho Bernardo Road, Suite 105<br>San Diego, CA 92127 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$674.11** |
|---|---|---|---|
| | PG&E<br>PO Box 997300<br>Sacramento, CA 95899-7300 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,060.00 |
|---|---|---|---|

**Pick My Solar**
525 S. Hewitt Street
Los Angeles, CA 90013

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,203.24 |
|---|---|---|---|

**PJZ Land Inc**
25747 Jefferson
Murrieta, CA 92562

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $607.75 |
|---|---|---|---|

**PowerScout**
331 Jefferson St
Oakland, CA 94607

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,681.91 |
|---|---|---|---|

**Premier Access Insurance**
P.O. Box 659010
Sacramento, CA 95865-9010

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.00 |
|---|---|---|---|

**Press-Enterprise**
1801 W Olympic Blvd
Pasadena, CA 91199-1555

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,002.00 |
|---|---|---|---|

**PVHardware**
7732 Fair Oaks Blvd
Carmichael, CA 95608

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384.00 |
|---|---|---|---|

**Quality Fencing Co., Inc**
5828 S. Peach Avenue
Fresno, CA 93725

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,014.44** |
|---|---|---|---|
| | **Rain for Rent** | ☐ Contingent | |
| | **3397 Highway 86** | ☐ Unliquidated | |
| | **Imperial, CA 92251** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Randy Shultz** | ☐ Contingent | |
| | **41650 Via Del Monte** | ☐ Unliquidated | |
| | **Temecula, CA 92592** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,334.50** |
|---|---|---|---|
| | **Raul Aldana** | ☐ Contingent | |
| | **32952 Shadow Trails Ln.** | ☐ Unliquidated | |
| | **Lake Elsinore, CA 92530** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,746.00** |
|---|---|---|---|
| | **Realm Engineering** | ☐ Contingent | |
| | **1447 Market Street Suite B** | ☐ Unliquidated | |
| | **Redding, CA 96001** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$694.27** |
|---|---|---|---|
| | **Reddaway** | ☐ Contingent | |
| | **26401 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1264** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|
| | **Registrar of Contractors** | ☐ Contingent | |
| | **P.O. Box 26000** | ☐ Unliquidated | |
| | **Sacramento, CA 95826** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,454.06** |
|---|---|---|---|
| | **Residence Inn Marriott** | ☐ Contingent | |
| | **25407 Madison Ave** | ☐ Unliquidated | |
| | **Murrieta, CA 92562** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,506.36 |
|---|---|---|---|

**Rexel Solar Solutions**
**2363 West La Palma Ave**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Purchased solar equipment

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.55 |
|---|---|---|---|

**RGS Energy**
**110 16th St**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.90 |
|---|---|---|---|

**Rick Hart Roofing**
**39744 Exa Ely Rd**
**Hemet, CA 92544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Risk Management Training**
**P.O Box 935**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Robert McCay**
**17350 Vista Del Lago**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Robert Utendale**
**1522 Mesquite Ave.**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.00 |
|---|---|---|---|

**Roberts Tree Service**
**PO Box 460966**
**Escondido, CA 92406-0966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Roseann Larsen** | ☐ Contingent | |
| | **27 Birkdale Circle** | ☐ Unliquidated | |
| | **Rancho Mirage, CA 92270** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Ruth Olmstead** | ☐ Contingent | |
| | **1722 Reyes Ln.** | ☐ Unliquidated | |
| | **Beaumont, CA 92223** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Ryan Bennett** | ☐ Contingent | |
| | **41 Berensk Dr.** | ☐ Unliquidated | |
| | **Greenbrae, CA 94904** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00** |
|---|---|---|---|
| | **Sacramento Engineering Consult** | ☐ Contingent | |
| | **10555 Old Placerville Road** | ☐ Unliquidated | |
| | **Sacramento, CA 95827** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,970.76** |
|---|---|---|---|
| | **Salesforce.com  Inc** | ☐ Contingent | |
| | **P.O. Box 203141** | ☐ Unliquidated | |
| | **Dallas, TX 75320-3141** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,715.00** |
|---|---|---|---|
| | **San Diego Pension Consultants** | ☐ Contingent | |
| | **5628 Copley Drive** | ☐ Unliquidated | |
| | **San Diego, CA 92111** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,623.23** |
|---|---|---|---|
| | **Sanger Thousand Palms, LLC** | ☐ Contingent | |
| | **400 S. Farrell Drive** | ☐ Unliquidated | |
| | **Palm Springs, CA 92262** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **HelioPower Inc.** | | Case number *(if known)* | **17-12099** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,425.00 |
| --- | --- | --- | --- |
| | **Santa Fe Contracting Inc** | ☐ Contingent | |
| | **13063 Caminito Point Del Mar** | ☐ Unliquidated | |
| | **Del Mar, CA 92014** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $630.81 |
| --- | --- | --- | --- |
| | **Sean Lanier** | ☐ Contingent | |
| | **5950 Elmhurst Ave.** | ☐ Unliquidated | |
| | **Rancho Cucamonga, CA 91737** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Sebastian Anaiss** | ☐ Contingent | |
| | **54 Trabuco Creek Rd** | ☐ Unliquidated | |
| | **Trabuco Canyon, CA 92679** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,256.00 |
| --- | --- | --- | --- |
| | **Selover** | ☐ Contingent | |
| | **10442 Russell Ave.** | ☐ Unliquidated | |
| | **Garden Grove, CA 92843** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,158.56 |
| --- | --- | --- | --- |
| | **Service Master All  Season Cle** | ☐ Contingent | |
| | **8966 West State Ave** | ☐ Unliquidated | |
| | **Glendale, AZ 85305** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,257.01 |
| --- | --- | --- | --- |
| | **Shell Fleet Plus** | ☐ Contingent | |
| | **PO Box 183019** | ☐ Unliquidated | |
| | **Columbus, OH 43218-3019** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $680.00 |
| --- | --- | --- | --- |
| | **Silverio Xolocotzi** | ☐ Contingent | |
| | **34478 Dean Ln** | ☐ Unliquidated | |
| | **Wildomar, CA 92595** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **HelioPower Inc.** | | Case number *(if known)* | **17-12099** |
|---|---|---|---|---|
| | Name | | | |

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,710.65**
--- | --- | --- | ---

**3.199**

Nonpriority creditor's name and mailing address

**Skylift Rentals**
**PO Box 2224**
**Irwindale, CA 91706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Equipment__

Is the claim subject to offset? ■ No ☐ Yes

**$33,710.65**

---

**3.200**

Nonpriority creditor's name and mailing address

**SMA America LLC**
**6020 West Oaks Blvd**
**Rocklin, CA 95677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,793.00**

---

**3.201**

Nonpriority creditor's name and mailing address

**SNS EH Brite, LLC**
**710 5th St.**
**Prescott, AZ 86303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer contract__

Is the claim subject to offset? ■ No ☐ Yes

**$74,517.89**

---

**3.202**

Nonpriority creditor's name and mailing address

**Solace Construction**
**200 Spectrum Center Dr Suite 300**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.203**

Nonpriority creditor's name and mailing address

**Soligent, LLC**
**PO Box 398012**
**San Francisco, CA 94139-8012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.204**

Nonpriority creditor's name and mailing address

**Sonnen**
**10800 Burbank Blvd. Suite C**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.205**

Nonpriority creditor's name and mailing address

**Southern California Edison**
**PO Box 600**
**Rosemead, CA 91771-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,595.41**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |
|---|---|---|---|
| | Name | | |

---

**3.206** Nonpriority creditor's name and mailing address

**Southern California News Group**
**21860 Burbank Blvd #200**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$499.00**

---

**3.207** Nonpriority creditor's name and mailing address

**Sparkletts**
**PO Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$4,815.58**

---

**3.208** Nonpriority creditor's name and mailing address

**Specialty Marketing**
**340 S. Lemon Ave. #2337**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.209** Nonpriority creditor's name and mailing address

**Springhill Suites**
**28220 Jefferson Ave**
**Temecula, CA 92590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$1,048.32**

---

**3.210** Nonpriority creditor's name and mailing address

**Staples Business Advantage**
**PO Box 83689**
**Chicago, IL 60696-3689**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$7,422.30**

---

**3.211** Nonpriority creditor's name and mailing address

**State Water Resource Control**
**PO Box 1888**
**Sacramento, CA 95812-1888**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$369.27**

---

**3.212** Nonpriority creditor's name and mailing address

**Stephen Riggs**
**506 Altair Ct.**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$1,000.00**

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Steven Waterbury
c/o Law Offices of Kira M. Rubel
19689 7th Ave NE, Suite 160
Poulsbo, WA 98370

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**

Stoker Construction
56471 29 Palms Highway
Yucca Valley, CA 92284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,402.06**

Sunpower Corporation
P.O.Box 60000
San Francisco, CA 94160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Equipment 

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$573.76**

SunRun Inc.
595 Market Street, 29th Floor,
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,471.00**

SunTrek Industries, Inc.
5 Holland #215
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

Super Roofing Co
15 Seville Way South
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.00**

Tammy Storino
18 Haverhill Rd
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Taquino Engineering**
**PO Box 2066**
**La Mesa, CA 91943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,429.33 |
|---|---|---|---|

**TelePacific Communications**
**515 S. Flower St.**
**Los Angeles, CA 90071-2201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,097.96 |
|---|---|---|---|

**Terry Standford**
**77529 Burrus Ct.**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**The Vintage Club Security**
**75-001 Vintage Drive West**
**Indian Wells, CA 92210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Thomas O'Lenic**
**1801 Spumante Pl.**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Tim Ackerman**
**559 Altair Ct.**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|

**Tim Downing**
**3819 Grand View Dr.**
**Brea, CA 92823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HelioPower Inc.** | Case number (if known) | **17-12099** |
|---|---|---|---|
| | Name | | |

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964.08 |
|---|---|---|---|

**Time Warner Cable**
P.O. Box 60074
City of Industry, CA 91716-0074

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**TMI Research Services**
PO Box 61253
Santa Barbara, CA 93160

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Top of the Line Signs**
PO Box 179
La Quinta, CA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,089.76 |
|---|---|---|---|

**Tradesmen International, LLC**
PO Box 677807
Dallas, TX 75267

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,625.00 |
|---|---|---|---|

**TUV America**
1004 Mesa Rim Rd
San Diego, CA 92121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**UMB Healthcare Services**
PO Box 219531
Kansas City, MO 64121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,687.52 |
|---|---|---|---|

**United Rentals**
PO Box 840514
Dallas, TX 75284-0514

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HelioPower Inc.** | | Case number (if known) | **17-12099** |
|---|---|---|---|---|
| | Name | | | |

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,132.42 |
|---|---|---|---|

**United Site Services**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.98 |
|---|---|---|---|

**Urgent Care-City Med**
PO Box 15256
Loves Park, IL 61132-5256

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**US Healthworks**
PO Box 50042
Los Angeles, CA 90074

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,945.41 |
|---|---|---|---|

**Valley Wide Beverage**
4010 E. Hardy Ave.
Fresno, CA 93725

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Valmonte**
330 E. Valmonte Norte
Palm Springs, CA 92262

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,707.38 |
|---|---|---|---|

**Veris Industries**
12345 SW Leveton Drive
Tualatin, OR 97062

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,409.68 |
|---|---|---|---|

**Verizon Wireless**
P.O. Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **HelioPower Inc.** | | Case number *(if known)* | **17-12099** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$762.87** |
|---|---|---|---|

**VisionWorx**
**11726 San Vicente Blvd. $240**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,991.78** |
|---|---|---|---|

**Waste Management of the Inland**
**PO Box 78251**
**Phoenix, AZ 85062-8251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$311.20** |
|---|---|---|---|

**Wave Broadband**
**P. O. Box 34889**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Wayne Prim**
**14 White Cottage**
**Angwin, CA 94508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,890.00** |
|---|---|---|---|

**Wendel Rosen Black & Dean LLP**
**1111 Broadway, 24th Floor**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,090.47** |
|---|---|---|---|

**Wendy Wacker**
**62300 Saturn St.**
**Yucca Valley, CA 92284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,412.63** |
|---|---|---|---|

**WEX Gas**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Fuel**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **HelioPower Inc.**                                           Case number (if known)   **17-12099**
_____
Name

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,628.75 |
|---|---|---|---|
| | **Workplace Dynamics** | ☐ Contingent | |
| | **397 Eagleview Blvd Suite 200** | ☐ Unliquidated | |
| | **Exton, PA 19341** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,088.51 |
|---|---|---|---|
| | **Xerox Financial Services** | ☐ Contingent | |
| | **PO Box 202882** | ☐ Unliquidated | |
| | **Dallas, TX 75320-2882** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.00 |
|---|---|---|---|
| | **Yourmembership.com** | ☐ Contingent | |
| | **541 Eastern Point Rd Suite 3** | ☐ Unliquidated | |
| | **Groton, CT 06340** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Arbitration Association** **Western Case Management Center** **45 E. River Park Place West, Suite 308** **Fresno, CA 93720** | Line **3.43** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Credit Decision Intl.** **Steven Burns, Esq.** **95 Randall** **Elk Grove Village, IL 60007** | Line **3.208** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Gresham Savage Nolan & Tilden, P.C.** **550 E. Hospitality Lane, Suite 300** **San Bernardino, CA 92408** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Jerry Jen, Esq.** **Jen Law Firm, APC** **5777 West Century Blvd. Suite 1235** **Los Angeles, CA 90045** | Line **3.43** ☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 769,961.15 |
| 5b. Total claims from Part 2 | | 5b. + $ | 2,390,721.95 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | | 5c. $ | 3,160,683.10 |

---

**Fill in this information to identify the case:**

Debtor name **HelioPower Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **17-12099**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Solar panel installation** | |
| State the term remaining | **Alan Ansara**<br>**10701 Ring Ave**<br>**Rancho Cucamonga, CA 91737** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Solar panel installation** | |
| State the term remaining | **Alan Sipole**<br>**351 Rancho Camino**<br>**Fallbrook, CA 92028** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **This First Amendment To Engineering, Procurement And Construction Agreement** | |
| State the term remaining | **All-One-God-Faith, Inc.**<br>**1335 Park Center Drive**<br>**Vista, CA 92081** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Engineering, Procurement And Construction Agreement** | |
| State the term remaining | **All-One-God-Faith, Inc.**<br>**1335 Park Center Dr.**<br>**Vista, CA 92081** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **HelioPower Inc.** | | | Case number *(if known)* | **17-12099** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Anaiss Sebastian**<br>**54 Trabuco Creek Rd**<br>**Trabuco Canyon, CA 92679** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Annie Hall**<br>**72304 Merry Vale Lane**<br>**Palm Desert, CA 92260** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Anthony Mazza**<br>**31214 Durham Dr**<br>**Menifee, CA 92584** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Security / Burglary**<br>**Access Control**<br>**Account No. 2629132**<br>**Fire Monitoring**<br>**2629232** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bay Alarm Co.**<br>**5130 Commerical Cir.**<br>**Concord, CA 94520** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Benjamin Hamilton**<br>**7968 McConnel Ave**<br>**Los Angeles, CA 90045** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | **Better Built Inc.**<br>**1050 N Palm Canyon Dr**<br>**Palm Springs, CA 92262** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **HelioPower Inc.** | | Case number *(if known)* | **17-12099** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Bob Ferro**<br>**82526 Alda Dr**<br>**Indio, CA 92201** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Brain Tadeo Bill Wolenszier**<br>**4894 Carl Ct.**<br>**Mira Loma, CA 91752** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Brenda Freeman**<br>**4256 Hillside Drive**<br>**Banning, CA 92220** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **P.O. No. 1001** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Burlingame Bay LLC**<br>**577 Airport Blvd Ste 100**<br>**Burlingame, CA 94010** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Byron Countryman**<br>**31062 Paseo Ranchero**<br>**San Juan Capistrano, CA 92675** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1  **HelioPower Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **17-12099**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Calvin MacPhail**<br>**70551 Sunny Lane**<br>**Rancho Mirage, CA 92270** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carlos Uruchutru**<br>**37565 Perdue Lane**<br>**Temecula, CA 92592** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Charles Feldbaum**<br>**43 Mirada Circle**<br>**Rancho Mirage, CA 92270** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Customized Thermal Pool System** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chris Castillon**<br>**1604 Del Mar Rd**<br>**Oceanside, CA 92057** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Christine Burgos**<br>**41901 Dahlias Way**<br>**Murrieta, CA 92562** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Clint Beymer**<br>**24781 Spadra Ln**<br>**Mission Viejo, CA 92691** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Debtor 1  **HelioPower Inc.**                                             Case number *(if known)*  **17-12099**
_____
First Name       Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Dan George & Paul Hodapp** |
| | List the contract number of any government contract | | **68365 Tachevah Dr**<br>**Cathedral City, CA 92234** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Dane & Tamara Stordahl** |
| | List the contract number of any government contract | | **31390 Tulette Ln.**<br>**Winchester, CA 92596** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **David Aiken** |
| | List the contract number of any government contract | | **1455 N Avenida Caballeros**<br>**Palm Springs, CA 92262** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **David Bushnell** |
| | List the contract number of any government contract | | **1708 Via Fresco Cir**<br>**Corona, CA 92881** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **David Johnson** |
| | List the contract number of any government contract | | **82950 61st Ave**<br>**Thermal, CA 92274** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | **Domenic Larich**<br>**40215 Calle Breve**<br>**Temecula, CA 92592** |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **HelioPower Inc.**
_____   Case number *(if known)*   **17-12099**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Doug Brown**<br>**1910 San Benito Way**<br>**Coalinga, CA 93210** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering, Procurement And Construction Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **El Cajon Wesleyan Church**<br>**1500 East Lexington**<br>**El Cajon, CA 92019** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Elvie Joves**<br>**17718 Antonio Ave**<br>**Cerritos, CA 90703** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Enterprise Fleet Management, Inc.**<br>**1600 S. Grove Ave., Ste. B**<br>**Ontario, CA 91761** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Gary & Larry Ewaska**<br>**11 Covington Dr**<br>**Palm Desert, CA 92260** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **HelioPower Inc.**
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
First Name          Middle Name          Last Name

Case number *(if known)*    **17-12099**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
| | State the term remaining | |
| | List the contract number of any government contract | **Harlan Rollin**<br>**26955 Cotswold Drive**<br>**Canyon Country, CA 91387** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
| | State the term remaining | |
| | List the contract number of any government contract | **James Hardaway**<br>**27137 Calendula St.**<br>**Corona, CA 92883** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jana Spruce**<br>**394 Canterbury Ct**<br>**Upland, CA 91784** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
| | State the term remaining | |
| | List the contract number of any government contract | **John Hagan**<br>**264 Franklin St.**<br>**Napa, CA 94559** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jon Kendall**<br>**21060 Oaknell Dr.**<br>**Perris, CA 92570** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
| | State the term remaining | |
| | List the contract number of any | **Jorge Anderson**<br>**33360 Gisborn ST.**<br>**Lake Elsinore, CA 92530** |

| Debtor 1 | **HelioPower Inc.** | | | Case number *(if known)* | **17-12099** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Karen Barge**<br>**3209 Linda Vista Dr.**<br>**San Marcos, CA 92078** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ken Clay**<br>**34679 Meadow Willow St**<br>**Winchester, CA 92596** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kermit Harrison**<br>**1437 Los Amigos**<br>**Fallbrook, CA 92028** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kevin Keith**<br>**2611 San Andreas Way**<br>**Claremont, CA 91711** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **E.V. Charger NEMA 14-50(Tesla Model S)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kyri Van Hoose**<br>**7025 La Valle Plateada**<br>**Rancho Santa Fe, CA 92067** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | **Laurel Peterson**<br>**17 Ledgestone Lane**<br>**Rancho Mirage, CA 92270** |
|---|---|---|---|

Debtor 1 **HelioPower Inc.**
_____
First Name            Middle Name            Last Name

Case number (*if known*)    **17-12099**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Mark & Rosa Selover** |
| | List the contract number of any government contract _____ | | **10442 Russell Ave** <br> **Garden Grove, CA 92843** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Mike Williams** |
| | List the contract number of any government contract _____ | | **72 Calle Rivero** <br> **Rancho Mirage, CA 92270** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Nat Harty** |
| | List the contract number of any government contract _____ | | **1421 Sea Crest** <br> **Corona Del Mar, CA 92625** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Norman Lowe** |
| | List the contract number of any government contract _____ | | **22484 Amber Eve Dr** <br> **Corona, CA 92883** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501705657** | |
|---|---|---|---|
| | State the term remaining | | **NRG EV Services LLC** |
| | List the contract number of any government contract _____ | | **1000 NORTH POST OAK Suite 240** <br> **Houston, TX 77055** |

| Debtor 1 | **HelioPower Inc.** | | | Case number *(if known)* | **17-12099** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501727449** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NRG EV Services LLC**<br>**1000 NORTH POST OAK Suite 240**<br>**Houston, TX 77055** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501728412** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NRG EV Services LLC**<br>**1000 NORTH POST OAK Suite 240**<br>**Houston, TX 77055** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501750107** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NRG EV Services LLC**<br>**1000 NORTH POST OAK Suite 240**<br>**Houston, TX 77055** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501750113** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NRG EV Services LLC**<br>**1000 NORTH POST OAK Suite 240**<br>**Houston, TX 77055** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501723073** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NRG EV Services LLC**<br>**1000 NORTH POST OAK Suite 240**<br>**Houston, TX 77055** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501729552** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **NRG EV Services LLC**<br>**1000 NORTH POST OAK Suite 240**<br>**Houston, TX 77055** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **HelioPower Inc.** | | Case number *(if known)* | **17-12099** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501740644** | |
| | State the term remaining | | **NRG EV Services LLC** |
| | List the contract number of any government contract | | **1000 NORTH POST OAK Suite 240**<br>**Houston, TX 77055** |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501750111** | |
| | State the term remaining | | **NRG EV Services LLC** |
| | List the contract number of any government contract | | **1000 NORTH POST OAK Suite 240**<br>**Houston, TX 77055** |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Number: 4501751371** | |
| | State the term remaining | | **NRG EV Services LLC** |
| | List the contract number of any government contract | | **1000 NORTH POST OAK Suite 240**<br>**Houston, TX 77055** |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering, procurement and construction agreement** | |
| | State the term remaining | | **Oak Paper Products Company, Inc.** |
| | List the contract number of any government contract | | **3686 Olympic Boulevard**<br>**Los Angeles, CA 90023** |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
| | State the term remaining | | **Peter Shawn Larock** |
| | List the contract number of any government contract | | **69877 Northhampton Ave**<br>**Cathedral City, CA 92234** |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Building / Office Lease**<br>**$10,824.03 per month** | **PJZ Land Inc.**<br>**c/o Coldwell Banker Commercial Sudweeks**<br>**27708 Jefferson Ave., Ste 210**<br>**Temecula, CA 92590** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **HelioPower Inc.**
_____    Case number (*if known*)    **17-12099**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **through 06/30/2017** | |
| List the contract number of any government contract _____ | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly rental storage facility** | |
|---|---|---|---|
| | State the term remaining | | **Public Storage** |
| | List the contract number of any government contract _____ | | **2350 Monument Blvd. Concord, CA 94520-3179** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement Rider; project contact: Graham Baskerville** | |
|---|---|---|---|
| | State the term remaining | | **Real Goods Energy Tech, Inc.** |
| | List the contract number of any government contract _____ | | **833 W South Boulder Rd. Louisville, CO 80027** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement Rider; project contact: Sasson Somekh** | |
|---|---|---|---|
| | State the term remaining | | **Real Goods Energy Tech, Inc.** |
| | List the contract number of any government contract _____ | | **833 W South Boulder Rd. Louisville, CO 80027** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement Rider; project contact: Michael Lowry** | |
|---|---|---|---|
| | State the term remaining | | **Real Goods Energy Tech, Inc.** |
| | List the contract number of any government contract _____ | | **833 W South Boulder Rd. Louisville, CO 80027** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement Rider; project contact: Katie Grays** | |
|---|---|---|---|
| | State the term remaining | | **Real Goods Energy Tech, Inc.** |
| | List the contract number of any government contract _____ | | **833 W South Boulder Rd. Louisville, CO 80027** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **HelioPower Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **17-12099**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement Rider; project contact: Gabe Lopez** | |
|---|---|---|---|
| | State the term remaining | | **Real Goods Energy Tech, Inc.** |
| | List the contract number of any government contract | | **833 W South Boulder Rd.** **Louisville, CO 80027** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontract Agreement Rider; project contact: Robert Sutton** | |
|---|---|---|---|
| | State the term remaining | | **Renovate America, Inc.** |
| | List the contract number of any government contract | | **15073 Avenue of Science** **San Diego, CA 92128** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Robert Briggs** |
| | List the contract number of any government contract | | **24867 Alicia Way** **Laguna Beach, CA 92652** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Robert Judelson** |
| | List the contract number of any government contract | | **40380 Tonopah** **Rancho Mirage, CA 92270** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Robert McCay** |
| | List the contract number of any government contract | | **17350 Vista Del Lago** **CA 92053** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
|---|---|---|---|
| | State the term remaining | | **Robert Utendale** |
| | List the contract number of any | | **1522 Mesquite Avenue** **Calexico, CA 92232** |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 13 of 16

Debtor 1    **HelioPower Inc.**
_____    Case number *(if known)*    **17-12099**
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
| | State the term remaining | | **Ron Reyes** |
| | List the contract number of any government contract | | **24919 Avenida Sombra**<br>**Murrieta, CA 92563** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
| | State the term remaining | | **Ruth Olmsted** |
| | List the contract number of any government contract | | **1722 Reyes Ave**<br>**Beaumont, CA 92223** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
| | State the term remaining | | **Sallie Hantz** |
| | List the contract number of any government contract | | **330 East Olive St.**<br>**San Marcos, CA 92069** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | |
| | State the term remaining | | **Sandy Biondo** |
| | List the contract number of any government contract | | **2037 Shire Dr**<br>**El Cajon, CA 92019** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering, procurement and construction agreement** | |
| | State the term remaining | | **Shmaze Industries, Inc.** |
| | List the contract number of any government contract | | **20792 Canada Rd.**<br>**Lake Forest, CA 92630** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** | **Stephen A Riggs & Gary P Thurman**<br>**506 Altair Ct**<br>**Palm Springs, CA 92262** |

Debtor 1    **HelioPower Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **17-12099**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Steve Matloff**<br>**511 S Lucerne Blvd**<br>**Los Angeles, CA 90020** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Stuart Charno**<br>**4147 Sunnyside Ave**<br>**Murrieta, CA 92563** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Stuart Sagan**<br>**177 Toyon Rd.**<br>**Atherton, CA 94027** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Sue Brown**<br>**12639 Johnson Rd.**<br>**Phelan, CA 92371** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel installation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Tim Ackerman**<br>**559 Altair Ct**<br>**Palm Springs, CA 92264** |

Debtor 1    **HelioPower Inc.**
　　　　　　 First Name　　　Middle Name　　　　Last Name

Case number *(if known)*    **17-12099**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.84.** State what the contract or lease is for and the nature of the debtor's interest — **Solar panel installation**

State the term remaining

List the contract number of any government contract

**Tyler Waters**
**41992 Calle Cedral**
**Temecula, CA 92592**

---

**2.85.** State what the contract or lease is for and the nature of the debtor's interest — **Solar panel installation**

State the term remaining

List the contract number of any government contract

**Vera Edwards**
**3055 North Greg Circle**
**Palm Springs, CA 92262**

---

**2.86.** State what the contract or lease is for and the nature of the debtor's interest — **Solar panel installation**

State the term remaining

List the contract number of any government contract

**Victor Solis**
**1351 Woodville Ave.**
**Chula Vista, CA 91913**

---

**2.87.** State what the contract or lease is for and the nature of the debtor's interest — **Solar panel installation**

State the term remaining

List the contract number of any government contract

**Wayne Prim Jr.**
**14 White Cottage Rd N.**
**Angwin, CA 94508**

---

**2.88.** State what the contract or lease is for and the nature of the debtor's interest — **Xerox Copy Machine**

State the term remaining — **through March 2021**

List the contract number of any government contract

**Xerox Financial Services, LLC**
**45 Glover Ave.**
**Norwalk, CT 06856**

---

**Fill in this information to identify the case:**

Debtor name  **HelioPower Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **17-12099**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City        State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City        State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City        State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City        State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>HelioPower Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td><b>17-12099</b></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$11,353,004.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$17,038,828.00** |
| **For the fiscal year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$20,990,070.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **HelioPower Inc.** | | Case number *(if known)* | **17-12099** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Wex Gas**<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | 02/03/2017,0<br>2/08/2017 | $32,914.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 02/01/2017,<br>02/06/2017,<br>02/22/2017,<br>03/01/2017 | $117,507.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Taxes**__ |
| 3.3. **AFCO**<br>c/o Owen & Company<br>1455 Response Rd.<br>Sacramento, CA 95815 | 02/08/2017,<br>03/10/2017,<br>04/07/2017 | $57,843.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Orion Solar Racking**<br>2917 Vail Ave.<br>Los Angeles, CA 90040 | 02/27/2017 | $211,185.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Campbell Certified** | 04/13/2017 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Sunpreme** | 03/14/2017,<br>03/15/2017 | $121,609.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **G&C Industrial Electric**<br>634 S. State College blvd.<br>Fullerton, CA 92831 | 01/27/2017,<br>02/03/2017 | $44,342.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Owen-Dunn Insurance Services**<br>1455 Response Rd., #260<br>Sacramento, CA 95815 | 03/07/2017 | $31,349.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.<br>**Sunpower Corporation**<br>P.O.Box 60000<br>San Francisco, CA 94160 | 02/28/2017 | $57,107.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.<br>**California Choice Benefit Administrators**<br>P.O. Box 7088<br>Orange, CA 92863 | 01/31/201703<br>/09/2017,<br>03/28/2017,<br>04/12/2017 | $140,253.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Benefits__ |
| 3.11.<br>**Sierra Nevada Solar**<br>PO Box 4683<br>Incline Village, NV 89450 | 03/09/2017 | $23,008.40 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.<br>**Ortiz Construction Services**<br>7161 McNeil Lane<br>Buena Park, CA 90620 | 02/10/2017,<br>04/11/2017,<br>04/21/2017 | $68,755.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13.<br>**Fortune Energy** | 02/27/2017,<br>03/28/2017 | $44,613.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.<br>**Canadian Solar Inc**<br>3000 Oak Rd.<br>Walnut Creek, CA 94597 | 02/27/2017 | $21,258.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.<br>**Enterprise Fleet Management, Inc.**<br>1600 S. Grove Ave., Ste. B<br>Ontario, CA 91761 | 02/03/2017,0<br>3/03/2017 | $35,071.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Lease__ |
| 3.16.<br>**Call & Jensen**<br>610 Newport Center Drive<br>Newport Beach, CA 92660 | 01/30/2017 | $18,867.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    

Debtor    **HelioPower Inc.**                                              Case number (if known)  **17-12099**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **SunRun Inc**<br>**595 Market Street 29th Floor**<br>**San Francisco, CA 94105** | 04/21/2017 | $18,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. **Rexel Solar Solutions**<br>**2363 West La Palma Ave.**<br>**Anaheim, CA 92801** | 02/27/2017,<br>04/05/2017,<br>04/11/2017,<br>04/21/2017,<br>04/24/2017 | $63,651.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. **CED Riverside** | 01/30/2017,0<br>1/31/2017,<br>02/02/2017;<br>03/01/2017,<br>03/27/2017.<br>04/11/2017 | $64,338.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. **PJZ Land Inc.**<br>**c/o Coldwell Banker Commercial**<br>**Sudweeks**<br>**27708 Jefferson Ave., Ste 210**<br>**Temecula, CA 92590** | 02/06/2017,<br>03/20/2017 | $18,278.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.21. **CED Temecula**<br>**PO Box 509079**<br>**San Diego, CA 92150** | 01/31/2017,<br>03/01/2017,<br>03/02/2017 | $36,922.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22. **Civic Solar** | 02/02/2017,<br>02/16/2017 | $17,249.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23. **Duncan Bolt**<br>**8535 Dice Road**<br>**Santa Fe Springs, CA 90670** | 02/27/2017 | $17,460.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.24. **Bank of America**<br>**Bankcard Center**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | 02/03/2017,<br>03/01/2017,<br>03/02/2017,<br>03/06/2017 | $25,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **HelioPower Inc.**                                                        Case number *(if known)*  **17-12099**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25 | Salesforce.com Inc<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | 04/14/2017 | $7,970.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26 | All Seasons Insulation | 04/12/2017 | $6,458.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | 02/06/2017,<br>04/07/2017,<br>03/31/2017 | $17,006.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Utility Provider_ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Arithane Superior Court of California**<br>**Foam Products, Inc. v.**<br>**HelioPower Inc.**<br>**MCC 1600514** | | Superior Court of California<br>County of Riverside<br>4050 Main St.<br>Riverside, CA 92501 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Jean Harris v. HelioPower,**<br>**Inc.**<br>**37-2017-00005259-CL-PA-NC** | | Superior Court of California<br>County of San Diego<br>220 W. Broadway<br>San Diego, CA 92101 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Concord Industrial Park IV,**<br>**LP v. HelioPower, Inc.**<br>**L17-1259** | | Superior Court of California<br>County of Contra Costa<br>725 Court Street<br>Martinez, CA 94553 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **PFF Inc., dba Five Star**<br>**Electric v. HelioPower, Inc.**<br>**ECU 09221** | | Superior Court of California<br>County of Imperial, El<br>Centro Courthouse<br>939 West Main St.<br>El Centro, CA 92243 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **American Technologies, Inc.**<br>**v. HelioPower, Inc.**<br>**MCC 1601095** | | Superior Court of California<br>County of Riverside<br>30755-D Auld Road<br>Murrieta, CA 92563 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **HelioPower Inc. v. High**<br>**Desert Solar LLC**<br>**MCC1500265** | | Superior Court of California<br>County of Riverside<br>4050 Main St.<br>Riverside, CA 92501 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Commercial Trade, Inc. v.**<br>**HelioPower, Inc.**<br>**BCL-17-012130** | | Superior Court of California<br>County of Kern,<br>Metropolitan Division<br>1415 Truxtun Ave<br>Bakersfield, CA 93301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **HelioPower Inc.**                                    Case number *(if known)*  **17-12099**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Schwartz Flansburg PLLC<br>6623 Las Vegas Blvd. South<br>Suite 300<br>Las Vegas, NV 89119** | | | **$35,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **HelioPower Inc.**                                                      Case number *(if known)*  **17-12099**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, Addresses, Phone Number**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor    **HelioPower Inc.**                                                    Case number *(if known)*  **17-12099**

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>**2350 Monument Blvd.**<br>**Concord, CA 94520-3179** | **Gene Heisser** | **Solar panels and equipment** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Brite Insurance** | | **prepaid insurance** | **$3,298.97** |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

| Debtor | **HelioPower Inc.** | Case number *(if known)* | **17-12099** |

Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
| --- | --- | --- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.   **Dawn Roiz**<br>**32291 Mountain Bluet**<br>**Winchester, CA 92596** | **12/2010 - 03/2017** |
| 26a.2.   **Vicki Zelfer**<br>**25747 Jefferson Avenue**<br>**Murrieta, CA 92562** | **04/2017-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | | **04/12/2017** | **$132,514.93** |

| Name and address of the person who has possession of inventory records |
| --- |
| **HelioPower Inc.** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | **HelioPower Inc.** | Case number *(if known)* **17-12099** |
|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Maurice Rousso | 25747 Jefferson Avenue Murrieta, CA 92562 | Director | 4.05% (half of Apollo Solar interest of 8.1%) |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vicki L. Zelfer | 25747 Jefferson Avenue Murrieta, CA 92562 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ian G. Rogoff | 25747 Jefferson Avenue Murrieta, CA 92562 | Director | 1.83% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dawn Roiz | 32291 Mountain Bluet Winchester, CA 92596 | Executive Vice President of Finance and Operations | 12/27/2010 through 03/31/2017 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Roy Douglas | 6227 E. Cortez Drive Scottsdale, AZ 85254 | Director and Officer | 2007 - 06/2016 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Scott Gordon | 30 Serenity Lane Laguna Niguel, CA 92677 | President | 2014-04/2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Maurice Rousso 25747 Jefferson Avenue Murrieta, CA 92562 | $327,122.50 Two-year Salary | 04/05/2015 - 05/10/2017 | Salary |
| | Relationship to debtor Director | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **HelioPower Inc.**                                              Case number *(if known)*   **17-12099**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Dawn Roiz**<br>**32291 Mountain Bluet**<br>**Winchester, CA 92596** | **Net Earnings: $105,078.50 (04/2016 through 03/2017)** | **04/2016 through 03/2017** | **Salary** |
| | Relationship to debtor<br>**Former EVP of Finance and Operations** | | | |
| 30.3. | **Scott Gordon**<br>**30 Serenity Lane**<br>**Laguna Niguel, CA 92677** | **Net Earnings: $4858.62** | **04/2016 - 04/2017** | **Salary and Commission** |
| | Relationship to debtor<br>**Former President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2017**

**/s/ Maurice Rousso**                                    **Maurice Rousso**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re **HelioPower Inc.**

_____
Debtor(s)

Case No. **17-12099**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 35,000.00 |
| Balance Due | $ | 15,000.00 |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 18, 2017**
_____
_Date_

**/s/ Samuel A. Schwartz. Esq.**
_____
**Samuel A. Schwartz. Esq. 10985**
_Signature of Attorney_
**Schwartz Flansburg PLLC**
**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
**(702) 385-5544  Fax: (702) 385-2741**
**sam@nvfirm.com**
_Name of law firm_

---

# United States Bankruptcy Court
## District of Nevada

In re   **HelioPower Inc.**         Case No.   <u>17-12099</u>

                 Debtor(s)       Chapter   <u>11</u>

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Apollo Solar**<br>**C/O Maurice Rousso**<br>**25747 Jefferson Ave,**<br>**Murrieta, CA 92562** | | **8.1%** | **Common** |
| **Bradley Schmehl**<br>**30923 Windflower Lane**<br>**Murrieta, CA 92563** | | | |
| **David Martin**<br>**30066 Diamond Ridge Court**<br>**Sun City, CA 92585** | | | |
| **Dawn Roiz**<br>**32291 Mountain Bluet Court**<br>**Winchester, CA 92596** | | | |
| **Ian Rogoff**<br>**PO Box 4683**<br>**Incline Village, NV 89450** | | **1.83%** | **Common** |
| **J Bonanno**<br>**3459 26th St.**<br>**San Francisco, CA 94410** | | | |
| **John McIntosh**<br>**39873 Osprey Rd**<br>**Murrieta, CA 92562** | | | |
| **Jonah Liebes**<br>**328 E. Clemmens Lane**<br>**Fallbrook, CA 92028** | | | |
| **Matthew McPherson**<br>**51239 Avendia Rubio**<br>**La Quinta, CA 92253** | | | |
| **Maurice Rousso**<br>**30820 East Green Drive**<br>**Murrieta, CA 92563** | | | |
| **Michael Murray**<br>**1593 Larson Lane**<br>**Fallbrook, CA 92028** | | | |

In re:  **HelioPower Inc.**                                          Case No.  **17-12099**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **S Huang**<br>**2201 Nelson Ave,**<br>**Redondo Beach, CA 90278** | | | |
| **S LoRusso**<br>**2639 Kauaha Loa Dr.**<br>**Escondido, CA 92029** | | | |
| **Sierra Nevada Solar**<br>**P O Box 468**<br>**Incline Village, NV 89450** | | **78.7%** | **Common** |
| **T Millhoff**<br>**580 Douglas Ct.**<br>**Incline Village, NV 89451** | | | |
| **TR Beitsch**<br>**1500 Bella Circle**<br>**Lincoln, CA 95648** | | **.05%** | **Common** |
| **V Zelfer**<br>**1160Tanglwood Rd.**<br>**Prescott, AZ 86303** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **May 18, 2017**                          Signature  **/s/ Maurice Rousso**

**Maurice Rousso**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re   **HelioPower Inc.**

                                          Debtor(s)

Case No.   **17-12099**
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 18, 2017**

                          **/s/ Maurice Rousso**
                          **Maurice Rousso/President**
                          Signer/Title

HelioPower Inc.
25747 Jefferson Avenue
Murrieta, CA 92562

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

24-7 Plumbing and Drain
P. O. Box 612
Murrieta, CA 92564

91 Express Lanes
2275 Sampson Ave Ste 100,
Corona, CA 92879

Above and Beyond Roofing
40875 Carter Lane
Bermuda Dunes, CA 92203

AC Electric
33959 Galleron Street
Temecula, CA 92592

Advanced Industrial Care
2481 Pacheco Street
Concord, CA 94520

AFCO
c/o Owen & Company
Attn: Arica Dunlap
1455 Response Rd.
Sacramento, CA 95815

Affordable Roofing Services
13581 Gold Medal Avenue
Chino, CA 91710

Aflac Insurance
Aflac Worldwide Headquarters
1932 Wynnton Road
Columbus, GA 31999

Ahley Campagna


Air Conditioning Unlimited Inc.
18017 Chatsworth Street
Granada Hills, CA 91344

Air Vol
1 Suburban Road
San Luis Obispo, CA 93401

Alan Ansara
10701 Ring Ave
Rancho Cucamonga, CA 91737

Alan Sipole
351 Rancho Camino
Fallbrook, CA 92028

All Phase Electric Supply
731 North Market Blvd.
Sacramento, CA 95834

All Pro Drywall
40797 Dakota Springs Way
Murrieta, CA 92562

All-One-God-Faith, Inc.
1335 Park Center Drive
Vista, CA 92081

All-One-God-Faith, Inc.
1335 Park Center Dr.
Vista, CA 92081

Allen Ansara
10701 Ring Ave
Rancho Cucamonga, CA 91737

Alsco
PO Box 25068
Anaheim, CA 92825

Amcor Sierra Building Products
10714 Poplar Avenue
Fontana, CA 92337

American Arbitration Association
Western Case Management Center
45 E. River Park Place West, Suite 308
Fresno, CA 93720

American Technologies, Inc.
210 Baywood Avenue
Orange, CA 92865

AMSprotectme.com
P. O. Box 14323
Palm Desert, CA 92255

Anaiss Seabastian

Anaiss Sebastian
54 Trabuco Creek Rd
Trabuco Canyon, CA 92679

Annie Hall
72304 Merry Vale Lane
Palm Desert, CA 92260

Anthony Mazza
31214 Durham Dr
Menifee, CA 92584

Apollo Solar
c/o Maurice Rousso
25747 Jefferson Avenue
Murrieta, CA 92562

ARCPOINT
3237 Alhambra Avenue
Martinez, CA 94553

Ari-thane
1530 N. Missile Way
Anaheim, CA 92801

Baja Construction Co., Inc.
223 Foster Street
Martinez, CA 94553

Bank of America
Bankcard Center
P.O. Box 982238
El Paso, TX 79998-2238

Bartlett
1436 Cloudstone Ln
Hemet, CA 92545

Basem Bishay
220 Palm Place
Pomona, CA 91767

Bay Alarm
P. O. Box 7137
San Francisco, CA 94120

Bay Alarm Co.
5130 Commerical Cir.
Concord, CA 94520

Ben Hamilton
7968 McConnell Ave.
Los Angeles, CA 90045

Benjamin Hamilton
7968 McConnel Ave
Los Angeles, CA 90045

Better Built Inc.
1050 N Palm Canyon Dr
Palm Springs, CA 92262

Big Horn Homeowners Association
255 Palowet Drive
Palm Desert, CA 92260

Bill Horan
270 N. El Camino Real, Ste. F 344
Encinitas, CA 92024

Bill Silva
1862 Rising Glen Road
West Hollywood, CA 90069

Bob Ferro
82526 Alda Dr
Indio, CA 92201

Bradford Charles Fults
28643 Avocado Place
Santa Clarita, CA 91390

Bradley Schmehl
30923 Wildflower Lane
Murrieta, CA 92563

Brain Tadeo Bill Wolenszier
4894 Carl Ct.
Mira Loma, CA 91752

Brenda Freeman
4256 Hillside Dr.
Banning, CA 92220

Brenda Freeman
4256 Hillside Drive
Banning, CA 92220

Bryan White
18650 Hawksberry Drive
Riverside, CA 92508

Bryce Fasteners
1230 N. Mondel Drive
Gilbert, AZ 85233

Burlingame Bay EVGO
577 Airport Blvd., Suite 100
Burlingame, CA 94010

Burlingame Bay LLC
577 Airport Blvd Ste 100
Burlingame, CA 94010

Byron Countryman
31062 Paseo Ranchero
San Juan Capistrano, CA 92675

Cal Chamber
P. O. Box 526020
Sacramento, CA 95852

California Apprenticeship
P. O. Box 420603
San Francisco, CA 94142

California Chambers
PO Box 526020
Sacramento, CA 95852

California Choice Benefit Administrators
P.O. Box 7088
Orange, CA 92863

California DMV
2415 1st Ave., Mail Station F101
Sacramento, CA 95818-2606

California Franchise Tax Board
PO Bo x 942867
Sacramento, CA 94267

California Solar Electric
302 N. Montgomery Street
Ojai, CA 93023

California Solar Exchange, LLC
173 East Holley Avenue
El Segundo, CA 90245

California State Disbursement
PO Box 989067
West Sacramento, CA 95798

Call & Jensen
610 Newport Center Drive
Newport Beach, CA 92660

Calvin MacPhail
70551 Sunny Lane
Rancho Mirage, CA 92270

Canadian Solar (USA) Inc.
3000 Oak Road
Walnut Creek, CA 94597

Carlos Uruchutru
37565 Perdue Lane
Temecula, CA 92592

CED Temecula
P. O. Box 509079
San Diego, CA 92150

Central Valley Testing
P. O. Box 2669
Visalia, CA 93279

CGI Technical Services, Inc.
1612 Wedding Way
Redding, CA 96003

Charles Feldbaum
43 Miranda Cir.
Rancho Mirage, CA 92270

Charles Feldbaum
43 Mirada Circle
Rancho Mirage, CA 92270

Chris Castillon
1604 Delmar Rd.
Oceanside, CA 92057

Chris Castillon
1604 Del Mar Rd
Oceanside, CA 92057

Christian Luzar
41386 Aerodome Ave.
Indio, CA 92203

Christine Burgos
41901 Dahlias Way
Murrieta, CA 92562

City of Los Angeles
200 N. Springs St.
Los Angeles, CA 90012

City of Menifee
29714 Haun Rd.
Sun City, CA 92586

City of Murrieta
One Town Square
24601 Jefferson Avenue
Murrieta, CA 92562

Clint Beymer
24781 Spadra Ln.
Mission Viejo, CA 92691

Clint Beymer
24781 Spadra Ln
Mission Viejo, CA 92691

CMR Construction, Inc.
P. O. Box 5849
La Quinta, CA 92248

Commercial Trade, Inc.
c/o Sandra Kuhn McCormack, Esq.
5330 Office Center Crt., Suite C
Bakersfield, CA 93309

Concord Disposal Service
P. O. Box 5397
Concord, CA 94524

Concord Industrial Park IV, LP
4080 Port Chicago Highway
Concord, CA 94520

Conway Frreight Inc.
PO Box 5160
Portland, OR 97208

Cool Air Solutions
41162 Sandalwood Circle
Murrieta, CA 92562

Credit Decision Intl.
Steven Burns, Esq.
95 Randall
Elk Grove Village, IL 60007

CTE Inc.
1441 Montiel Road, Suite 115
Escondido, CA 92026

D. Roiz
c/o HelioPower, Inc.
25747 Jefferson Avenue
Incline Village, NV 89450

Dan George & Paul Hodapp
68365 Tachevah Dr
Cathedral City, CA 92234

Dane & Tamara Stordahl
31390 Tulette Ln.
Winchester, CA 92596

Dass Structural Engineers
1300 Adams Ave
Costa Mesa, CA 92626

David Aiken
1445 North Avenida Cavalleros
Palm Springs, CA 92262

David Aiken
1455 N Avenida Caballeros
Palm Springs, CA 92262

David Bushnell
1708 Via Fresco Cir
Corona, CA 92881

David DeFluiter
3 Duray Ct.
Aliso Viejo, CA 92656

David Johnson
82950 61st Ave
Thermal, CA 92274

David Martin
30066
Diamond Ridge Court
Menifee, CA 92585

David McFadden
38380 Descanso Cir.
Cathedral City, CA 92234

David Nicothodes
5190 Gallo Ct
Rancho Cucamonga, CA 91739

Dean Porter
68355 Skyway Dr.
Cathedral City, CA 92234

Debbie Landa
503-1328 Marinaside Cr.
Vancouver, B.C. Canada

Desert Alarm, Inc.
73-168 Highway 111, Suite 204
Palm Desert, CA 92260

Desert Elite Group, LLC
P.O. Box 11924
Palm Desert, CA 92255

Dhnesh Pore
43140 Avenida San Pasqual
Temecula, CA 92592

Diana Bordelon

DMV Renewal
P. O. Box 942897
Sacramento, CA 94294

DocuSign
1301 2nd Avenue, Suite 2000
Seattle, WA 98101

Domenic Larich
40215 Calle Breve
Temecula, CA 92592

Doug Brown
1910 San Benito Way
Coalinga, CA 93210

Duncan Bolt
8535 Dice Road
Santa Fe Springs, CA 90670

Dynamic Systems
6430 Pleasant Street
South Park, PA 15129

EDD
PO Box 989061
West Sacramento, CA 95798

Eduardo Garcia
7550 Sunkist Dr.
Oakland, CA 94605

Eisenhower Occupational Health
Dept 3123
Los Angeles, CA 90084-3123

El Cajon Wesleyan Church
1500 East Lexington
El Cajon, CA 92019

Elvie Joves
17718 Antonio Ave
Cerritos, CA 90703

Energi Insurance
1000 Aviara Okwy #D
Bakersfield, CA 93301

Engineered Power Solutions
1405 Spring Street
Paso Robles, CA 93446

Enterprise Fleet Management, Inc.
1600 S. Grove Ave., Ste. B
Ontario, CA 91761

Enterprise Fleet Service
P.O. Box 800089
Kansas City, MO 64180-0089

Ethos Distributed Solutions
390 Youngfield St.
Wheat Ridge, CO 80033

Fallbrook Awards
235 E. Mission Rd., Suite C
Fallbrook, CA 92028

Fallbrook Chamber of Commerce
233 E. Mission Rd.
Fallbrook, CA 92028

Family Custom Designs, LLC
1050 Nevada St.
Redlands, CA 92374

Fed Ex Freight
P.O. Box 21415
Pasadena, CA 91185

Fish Window Cleaning
P.O. Box GE
Beaumont, CA 92223

Five Star Electric
903 Industry Way, Suite A
El Centro, CA 92243

Focused Energy, LLC
1730 Camino Carlos Rey
Santa Fe, NM 87507

Frank Fossati
23005 Cecelia
Mission Viejo, CA 92692

Fresno Neon Sign Company, Inc.
5901 E. Clinton Ave.
Fresno, CA 93727

Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274-0407

G&C Industrial Electric
634 S. State College Blvd.
Fullerton, CA 92831

Gary & Larry Ewaska
11 Covington Dr
Palm Desert, CA 92260

Gary Ewaska
11 Covington Dr.
Palm Desert, CA 92260

General Pacific Inc.
P.O. Box 70
Fairview, OR 97024

General Tree, Inc.
4811 Kimber Avenue
Bakersfield, CA 93307

Golden Gate Overnight
P.O. Box 10877
Pleasanton, CA 94588

Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

Gregg Garfield
4666 Farmdale Ave.
North Hollywood, CA 91602

Gresham Savage Nolan & Tilden, P.C.
550 E. Hospitality Lane, Suite 300
San Bernardino, CA 92408

H&D Plastering
1260 Apple Dr.
Concord, CA 94518

Hanching Ho
33455 Summerset Rd.
Yucaipa, CA 92399

Harlan Rollin
26955 Cotswold Drive
Canyon Country, CA 91387

Harlin Rollin
26955 Cotswold Dr.
Canyon Country, CA 91387

Haulaway Storage Containers
P.O. Box 186
Stanton, CA 90680-0186

Hayden Industries
1393 E. San Bernardino Ave.
San Bernardino, CA 92408

Healthpointe Med Group
16702 Valley View Ave.
La Mirada, CA 90638

Hero
16620 W. Bernardo Dr.
San Diego, CA 92127

Hertz
225 Brae Blvd.
Park Ridge, NJ 07656

Holland & Hart
P.O. Box 17283
Denver, CO 80217

Home Depot Credit Services
P.O. Box 6031
The Lakes, NV 88901

Hotels.com
10440 N. Central Expwy
Dallas, TX 75231

Hyundai-Korea
21250 Hawthorne Blvd.
Torrance, CA 90503

Ian Rogoff
P. O. Box 4683
Incline Village, NV 89450

Image Source
650 East Hospitality Ln., Suite 540
San Bernardino, CA 92408

Imperial Irrigation District
P.O. Box 937
Imperial, CA 92251-0937

Industrial Metal Supply
301 Main St.
Riverside, CA 92501

Innovative Structural Engineer
40810 County Center Drive
Temecula, CA 92591

J. Bonanno
3459 26th St.
San Francisco, CA 94410

James Hardaway
27137 Calendula St.
Corona, CA 92883

Jana Spruce
394 Canterbury Ct
Upland, CA 91784

JC Construction
3305 W. Holland
Fresno, CA 93722

Jean Harris
PO Box 376
Rancho Santa Fe, CA 92067

Jerry Jen, Esq.
Jen Law Firm, APC
5777 West Century Blvd. Suite 1235
Los Angeles, CA 90045

John Hagan
294 Franklin St.
Napa, CA 94559

John Hagan
264 Franklin St.
Napa, CA 94559

John McIntosh
39873 Osprey Road
Murrieta, CA 92562

Jon Kendall
21060 Oaknell Dr.
Perris, CA 92570

Jonah Liebes
328 E. Clemmens Lane
Fallbrook, CA 92028

Jorge Anderson
33360 Gisborn ST.
Lake Elsinore, CA 92530

Jose Sison
2349 W. 91st St.
Los Angeles, CA 90045

Judith Schurr
7643 Shoshone Dr.
Indian Wells, CA 92210-8851

K. Keith
2611 San Andrea Way
Claremont, CA 91711

K.C. Propane
P.O. Box 17652
Anaheim, CA 92807

K2 Development
1011 Parkview Ave., Suite A
Redding, CA 96001

Karen Barge
3209 Linda Vista Dr.
San Marcos, CA 92078

Ken Clay
34679 Meadow Willow St
Winchester, CA 92596

Kermit Harrison
1437 Los Amigos
Fallbrook, CA 92028

Kevin Keith
2611 San Andreas Way
Claremont, CA 91711

Konica Minolta Main
Maint Dept 22988
Pasadena, CA 91185-2988

Konica Minolta QDS Lease
P.O. Box 100706
Pasadena, CA 91189-0706

Krames StayWell, LLC
P.O. Box 90477
Chicago, IL 60696-0477

Krannich Solar
3801 Ocean Ranch Blvd.
Oceanside, CA 92056

Kyri Van Hoose
7025 La Valle Plateada
Rancho Santa Fe, CA 92067

Laurel Peterson
17 Ledgestone Lane
Rancho Mirage, CA 92270

Linda Greenburg
78400 Discovery Bay
Indio, CA 92203

Locus Energy
2 Hudson Place, 6th Floor
Hoboken, NJ 07030

Lowe
22484 Amber Eve Dr
Corona, CA 92883

Lynch Horne
520 Desert West Dr.
Rancho Mirage, CA 92270

Magnolia Heating & Cooling Inc.
6990 Jurupa Ave.
Riverside, CA 92504

Marathon Reprographics
41571 Corning Place, Suite 112
Murrieta, CA 92562

Mareen Alstede
4052 Valley Vista Dr.
CA 91707

Mark & Rosa Selover
10442 Russell Ave
Garden Grove, CA 92843

Matthew McPherson
51239 Avendia Rubio
La Quinta, CA 92253

Matthew Noonan
1027 Enamor Court
Palm Springs, CA 92262

Maurice Rousso
30820 East Green Drive
Murrieta, CA 92563

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

MD Concrete Cutting
2916 Gibson St.
Bakersfield, CA 93308

MedPost Urgent Care
P.O. Box 740189
Los Angeles, CA 90074-0189

Michael Horne
21 Bellissimo
Rancho Mirage, CA 92270

Michael Maloney
1002 Hermes Ave.
Encinitas, CA 92024

Michael Murray
1593 Larson Lane
Fallbrook, CA 92028

Michelle Schmehl
30923 Wondflower Ln.
Murrieta, CA 92563

Mike Williams
72 Calle Rivero
Rancho Mirage, CA 92270

Mike Williams
72 Calle Rivero
Rancho Mirage, CA 92270

Mobile Mini
P.O. Box 79149
Phoenix, AZ 85062-9149

Nat Harty
1421 Seacrest
Corona Del Mar, CA 92625

Nat Harty
1421 Sea Crest
Corona Del Mar, CA 92625

National Construction Rentals
P.O. Box 4503
Pacoima, CA 91333-4503

New Home Solar Power, Inc.
605 Market Street, Suite 900
San Francisco, CA 94105

No Limit Concrete Pumping
P.O. Box 733
Byron, CA 94514

Norman Lowe
22484 Amber Eve Dr
Corona, CA 92883

Norman Scheel Structural
5022 Sunrise Boulevard
Fair Oaks, CA 95628

North County Fence, Inc.
29690 Cottonwood Cove Drive
Menifee, CA 92584

Nowadays Solar
1626 N. Pointsettia Pl.
Los Angeles, CA 90046

NRG EV Services LLC
1000 NORTH POST OAK Suite 240
Houston, TX 77055

Oak Paper Products Company, Inc.
3686 Olympic Boulevard
Los Angeles, CA 90023

Office Products
41765 Elm Street
Murrieta, CA 92562

Old Republic Surety Group
P.O. Box 1635
Milwaukee, WI 53201

OnTrac
PO BOX 841664
Los Angeles, CA 90084-1664

Orie2 Engineering Inc
9750 Miramar Road Ste 310
San Diego, CA 92126

Orion Solar Racking
2917 Vail Ave
Commerce, CA 90040

Orkin Pest Control
P.O. Box 7161
Pasadena, CA 91109-7161

Ortiz Construction Services
7161 McNeil Lane
Buena Park, CA 90620

Owen-Dunn Insurance Services
1455 Response Rd., #260
Sacramento, CA 95815

Pac-Van
9155 Harrison Park Court
Indianapolis, IN 46216

Paul Davis Restoration
9767 Aspen Creek Cl
San Diego, CA 92126

Peak Rood Management, Inc.
PO Box 580368
North Palm Springs, CA 92258

Penske Truck Leasing Co.  L.P.
PO Box 7429
Pasadena, CA 91109-7429

Personnel Concepts
PO Box 5750
Carol Stream, IL 60197-5750

Peter Shawn Larock
69877 Northhampton Ave
Cathedral City, CA 92234

PFF Inc., dba Five Star Electric
c/o Pamela Scholefield
10815 Rancho Bernardo Road, Suite 105
San Diego, CA 92127

PG&E
PO Box 997300
Sacramento, CA 95899-7300

Pick My Solar
525 S. Hewitt Street
Los Angeles, CA 90013

PJZ Land Inc
25747 Jefferson
Murrieta, CA 92562

PJZ Land Inc.
c/o Coldwell Banker Commercial Sudweeks
27708 Jefferson Ave., Ste 210
Temecula, CA 92590

PowerScout
331 Jefferson St
Oakland, CA 94607

Premier Access Insurance
P.O. Box 659010
Sacramento, CA 95865-9010

Press-Enterprise
1801 W Olympic Blvd
Pasadena, CA 91199-1555

Public Storage
2350 Monument Blvd.
Concord, CA 94520-3179

PVHardware
7732 Fair Oaks Blvd
Carmichael, CA 95608

Quality Fencing Co., Inc
5828 S. Peach Avenue
Fresno, CA 93725

Rain for Rent
3397 Highway 86
Imperial, CA 92251

Randy Shultz
41650 Via Del Monte
Temecula, CA 92592

Raul Aldana
32952 Shadow Trails Ln.
Lake Elsinore, CA 92530

Real Goods Energy Tech, Inc.
833 W South Boulder Rd.
Louisville, CO 80027

Realm Engineering
1447 Market Street Suite B
Redding, CA 96001

Reddaway
26401 Network Place
Chicago, IL 60673-1264

Registrar of Contractors
P.O. Box 26000
Sacramento, CA 95826

Renovate America, Inc.
15073 Avenue of Science
San Diego, CA 92128

Residence Inn Marriott
25407 Madison Ave
Murrieta, CA 92562

Rexel Solar Solutions
2363 West La Palma Ave
Anaheim, CA 92801

RGS Energy
110 16th St
Denver, CO 80202

Rick Hart Roofing
39744 Exa Ely Rd
Hemet, CA 92544

Risk Management Training
P.O Box 935
Rancho Santa Fe, CA 92067

Robert Briggs
24867 Alicia Way
Laguna Beach, CA 92652

Robert Judelson
40380 Tonopah
Rancho Mirage, CA 92270

Robert McCay
17350 Vista Del Lago
Riverside, CA 92503

Robert McCay
17350 Vista Del Lago
CA 92053

Robert Utendale
1522 Mesquite Ave.
Palm Springs, CA 92264

Robert Utendale
1522 Mesquite Avenue
Calexico, CA 92232

Roberts Tree Service
PO Box 460966
Escondido, CA 92406-0966

Ron Reyes
24919 Avenida Sombra
Murrieta, CA 92563

Roseann Larsen
27 Birkdale Circle
Rancho Mirage, CA 92270

Ruth Olmstead
1722 Reyes Ln.
Beaumont, CA 92223

Ruth Olmsted
1722 Reyes Ave
Beaumont, CA 92223

Ryan Bennett
41 Berensk Dr.
Greenbrae, CA 94904

S. Huang
2201 Nelson Ave
Redondo Beach, CA 90278

S. LoRusso
2639 Kauaha Loa Dr
Escondido, CA 92029

Sacramento Engineering Consult
10555 Old Placerville Road
Sacramento, CA 95827

Salesforce.com  Inc
P.O. Box 203141
Dallas, TX 75320-3141

Sallie Hantz
330 East Olive St.
San Marcos, CA 92069

San Diego Pension Consultants
5628 Copley Drive
San Diego, CA 92111

Sandy Biondo
2037 Shire Dr
El Cajon, CA 92019

Sanger Thousand Palms, LLC
400 S. Farrell Drive
Palm Springs, CA 92262

Santa Fe Contracting Inc
13063 Caminito Point Del Mar
Del Mar, CA 92014

Sean Lanier
5950 Elhmhurt Ave.
Rancho Cucamonga, CA 91737

Sebastian Anaiss
54 Trabuco Creek Rd
Trabuco Canyon, CA 92679

Selover
10442 Russell Ave.
Garden Grove, CA 92843

Service Master All  Season Cle
8966 West State Ave
Glendale, AZ 85305

Shell Fleet Plus
PO Box 183019
Columbus, OH 43218-3019

Shmaze Industries, Inc.
20792 Canada Rd.
Lake Forest, CA 92630

Sierra Nevada Solar
P. O. Box 4683
Incline Village, NV 89450

Sierra Nevada Solar,  Inc
710 5th St
Prescott, AZ 86301

Silverio Xolocotzi
34478 Dean Ln
Wildomar, CA 92595

Skylift Rentals
PO Box 2224
Irwindale, CA 91706

SMA  America  LLC
6020 West Oaks Blvd
Rocklin, CA 95677

SNS EH Brite, LLC
710 5th St.
Prescott, AZ 86303

Solace Construction
200 Spectrum Center Dr Suite 300
Irvine, CA 92618

Soligent, LLC
PO Box 398012
San Francisco, CA 94139-8012

Sonnen
10800 Burbank Blvd. Suite C
North Hollywood, CA 91601

Southern California Edison
PO Box 600
Rosemead, CA 91771-0001

Southern California News Group
21860 Burbank Blvd #200
Woodland Hills, CA 91367

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Specialty Marketing
340 S. Lemon Ave. #2337
Walnut, CA 91789

Springhill Suites
28220 Jefferson Ave
Temecula, CA 92590

Staples Business Advantage
PO Box 83689
Chicago, IL 60696-3689

State of CA Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

State Water Resource Control
PO Box 1888
Sacramento, CA 95812-1888

Stephen A Riggs & Gary P Thurman
506 Altair Ct
Palm Springs, CA 92262

Stephen Riggs
506 Altair Ct.
Palm Springs, CA 92262

Steve Matloff
511 S Lucerne Blvd
Los Angeles, CA 90020

Steven Waterbury
c/o Law Offices of Kira M. Rubel
19689 7th Ave NE, Suite 160
Poulsbo, WA 98370

Stoker Construction
56471 29 Palms Highway
Yucca Valley, CA 92284

Stuart Charno
4147 Sunnyside Ave
Murrieta, CA 92563

Stuart Sagan
177 Toyon Rd.
Atherton, CA 94027

Sue Brown
12639 Johnson Rd.
Phelan, CA 92371

Sunpower Corporation
P.O.Box 60000
San Francisco, CA 94160

SunRun Inc.
595 Market Street, 29th Floor,
San Francisco, CA 94105

SunTrek Industries, Inc.
5 Holland #215
Irvine, CA 92618

Super Roofing Co
15 Seville Way South
South San Francisco, CA 94080

T. Millhoff
580 Douglas Ct.
Incline Village, NV 89451

Tammy Storino
18 Haverhill Rd
Laguna Niguel, CA 92677

Taquino Engineering
PO Box 2066
La Mesa, CA 91943

TelePacific Communications
515 S. Flower St.
Los Angeles, CA 90071-2201

Terry Standford
77529 Burrus Ct.
Palm Desert, CA 92211

The Vintage Club Security
75-001 Vintage Drive West
Indian Wells, CA 92210

Thomas O'Lenic
1801 Spumante Pl.
Pleasanton, CA 94566

Tim Ackerman
559 Altair Ct.
Palm Springs, CA 92264

Tim Ackerman
559 Altair Ct
Palm Springs, CA 92264

Tim Downing
3819 Grand View Dr.
Brea, CA 92823

Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716-0074

TMI Research Services
PO Box 61253
Santa Barbara, CA 93160

Top of the Line Signs
PO Box 179
La Quinta, CA

TR Beitsch
1500 Bella Circle
Lincoln, CA 95648

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267

TUV America
1004 Mesa Rim Rd
San Diego, CA 92121

Tyler Waters
41992 Calle Cedral
Temecula, CA 92592

UMB Healthcare Services
PO Box 219531
Kansas City, MO 64121

United Rentals
PO Box 840514
Dallas, TX 75284-0514

United Site Services
PO Box 53267
Phoenix, AZ 85072-3267

Urgent Care-City Med
PO Box 15256
Loves Park, IL 61132-5256

US Healthworks
PO Box 50042
Los Angeles, CA 90074

V. Zelfer
1160Tanglwood Rd.
Prescott, AZ 86303

Valley Wide Beverage
4010 E. Hardy Ave.
Fresno, CA 93725

Valmonte
330 E. Valmonte Norte
Palm Springs, CA 92262

Vera Edwards
3055 North Greg Circle
Palm Springs, CA 92262

Veris Industries
12345 SW Leveton Drive
Tualatin, OR 97062

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Victor Solis
1351 Woodville Ave.
Chula Vista, CA 91913

VisionWorx
11726 San Vicente Blvd. $240
Los Angeles, CA 90049

Waste Management of the Inland
PO Box 78251
Phoenix, AZ 85062-8251

Wave Broadband
P. O. Box 34889
Seattle, WA 98124

Wayne Prim
14 White Cottage
Angwin, CA 94508

Wayne Prim Jr.
14 White Cottage Rd N.
Angwin, CA 94508

Wendel Rosen Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

Wendy Wacker
62300 Saturn St.
Yucca Valley, CA 92284

WEX Gas
PO Box 6293
Carol Stream, IL 60197-6293

Workplace Dynamics
397 Eagleview Blvd Suite 200
Exton, PA 19341

Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882

Xerox Financial Services, LLC
45 Glover Ave.
Norwalk, CT 06856

Yourmembership.com
541 Eastern Point Rd Suite 3
Groton, CT 06340

Name, Address, Telephone No. & I.D. No.
**Samuel A. Schwartz. Esq. 10985**
**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
**(702) 385-5544**
**10985**

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**HelioPower Inc.**

Debtor(s)

BANKRUPTCY NO. **17-12099**
CHAPTER NO. **11**

DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We]   **Maurice Rousso**   and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐   If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■   [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated:   **May 18, 2017**

Signed:   **/s/ Maurice Rousso**
          **Maurice Rousso/President**
          (Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated:   **May 18, 2017**

Signed:   **/s/ Samuel A. Schwartz. Esq.**
          **Samuel A. Schwartz. Esq. 10985**
          Attorney for Debtor(s)