Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Bryan A. Lindsey, Esq.  
Nevada Bar No. 10662  
M. Michelle Nisce, Esq.  
Nevada Bar No. 13552  
Schwartz Flansburg PLLC  
6623 Las Vegas Blvd. South, Suite 300  
Las Vegas, Nevada 89119  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
*Attorneys for the Debtor*

E-Filed: July 24, 2017

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 17-12099-ABL |
| HelioPower, Inc. | Chapter 11 |
| Debtor. | Hearing Date: August 16, 2017 |
| | Hearing Time: 1:30 p.m. |

### NOTICE OF AUCTION AND BID PROCEDURES

**TO:    ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, the United States Trustee, and all creditors and parties in interest are hereby given notice of the Auction and Bid Procedures, attached hereto as **Exhibit A,** and pursuant to the Debtor's Plan and Disclosure Statement.[1]

Notice is further given that the Confirmation Hearing will also serve as an auction. The Confirmation Hearing and Auction will be held before the Honorable United State Bankruptcy Judge August B. Landis, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, Courtroom 1, on **August 16, 2017**, at **1:30 Pacific Time**.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Debtor's Plan of Reorganization.

Page 1 of 2

4815-4211-8215, v. 1

Dated this 24th day of July, 2017.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
M. Michelle Nisce, Esq.
Nevada Bar No. 13552
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Attorneys for the Debtor*