Samuel A. Schwartz, Esq.
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
M. Michelle Nisce, Esq.
Nevada Bar No. 13552
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 17-12099-ABL |
| HelioPower Inc., | Chapter 11 |
| Debtor. | Confirmation Hearing Date: August 16, 2017 |
| | Confirmation Hearing Time: 1:30 p.m. |

**NOTICE OF ENTRY OF ORDER CONFIRMING**
**CHAPTER 11 PLAN OF REORGANIZATION OF HELIOPOWER, INC.**

**TO:** ALL INTERESTED PARTIES, CREDITORS AND UNITED STATES TRUSTEE

The United States Bankruptcy Court for the District of Nevada (the "**Court**"), the Debtor, the United States Trustee, and all creditors and parties in interest are hereby notified that the Order Confirming Chapter 11 Plan of Reorganization of Heliopower, Inc. (Doc. No. 144) was entered by the Court on August 23, 2017, a true and correct copy of which is attached hereto as **Exhibit A**.

Dated 12th day of October, 2017.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
Bryan A. Lindsey, Esq., NBN 10662
M. Michelle Nisce, Esq., NBN 13552
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
*Attorneys for the Debtor*

4839-1755-6556, v. 1